## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**CROSLEY ALEXANDER GREEN,**

    Petitioner,

v.                                CASE NO.  6:14-cv-330-Orl-36DAB

**MICHAEL D. CREWS,**
Secretary, Florida Department of
Corrections

**DONALD LEAVINS,**
Warden, Hardee Correctional Institution,

    Respondents.

_____

## EXHIBIT LIST

| Exhibit | Description |
|---|---|
| 1 | November 22, 2005 Order |
| 2-A | August 31, 2011 Order – Part 1 (pp. 1 – 14) |
| 2-B | August 31, 2011 Order – Part 1 (pp. 15 - 30) |
| 3 | January 31, 2008 Order |
| 4 | February 5, 2013 Order |
| 5 | December 12, 2011 Order |
| 6 | Jess Parrish Memorial Hospital Emergency Room Note (Apr. 4, 1989) |
| 7 | Report from Greg E. Scala, Crime Laboratory Analyst, FDLE (July 26, 1989) |
| 8 | Investigative Report of Interview of Thomas Lindsey (Jan. 12, 2000) |
| 9 | Hallock Deposition (Feb. 13, 1990) |
| 10 | Larney Deposition (Aug. 13, 1990) |
| 11 | Stroup Statement (Apr. 4, 1989) |
| 12 | Transcript of 911 Call at 1 (Apr. 4, 1989) |
| 13 | Statement of Kim Sue Hallock (Apr. 4, 1989, 8:20 a.m.) |

| | |
|---|---|
| 14 | Investigative Report of Interview of Mr. and Mrs. Charles Flynn, Sr. (Jun. 20, 2000) |
| 15 | Investigative Report of Interview of Jeff Allen (Oct. 20, 1999) |
| 16 | Investigative Report of Interview of Robert Paul (Nov. 3, 1999) |
| 17 | Investigative Report of Interview of Patricia Larney (Oct. 21, 1999) |
| 18-A | Suppression Hearing Transcript (May 31, 1990) - Part 1 (pp. 1-80) |
| 18-B | Suppression Hearing Transcript (May 31, 1990) - Part 2 (pp. 81-161) |
| 19 | Brevard County Sheriff's Department Dispatch Log (Apr. 4, 1989) |
| 20 | Brevard County Sheriff's Department Case Report of Mark Rixey (Apr. 4, 1989) |
| 21 | Mark Rixey Affidavit (Jun. 1, 2010) |
| 22 | Clarke Deposition (Feb. 12, 1990) |
| 23 | Walker Deposition (Mar. 5, 1990) |
| 24 | Rixey Deposition (Sep. 6, 1989) |
| 25 | Diane Clarke Affidavit (Jun. 15, 2010) |
| 26 | Comprehensive Case Report of D.J. Wickham, M.D. (Apr. 4, 1989) |
| 27 | Investigative Report of Interview of W.H. Walker, III (Nov. 22, 1999) |
| 28 | Notes of Christopher White (Aug. 28, 1989) |
| 29 | Photograph of Truck |
| 30 | Report from Terrell Kingery, Latent Print Section, FDLE (Apr. 12, 2000) |
| 31 | Report of Investigation, Russell Cockriel, Brevard County Sheriff's Department (June 19, 1989) |
| 32 | Report of Terrell Kingery, Latent Prints, FDLE (May 8, 1989) |
| 33 | Carleen Brothers Affidavit (Feb. 21, 2010) |
| 34 | Transcript of Broadcast of 48 Hours TV Program with Dan Rather (Nov. 1, 1999) |
| 35-A | Evidentiary Hearing Transcript Vol. 1 (Oct. 28, 2003) - Part 1 (pp. 1-102) |
| 35-B | Evidentiary Hearing Transcript Vol. 1 (Oct. 28, 2003) - Part 2 (pp. 103-196) |
| 36-A | Evidentiary Hearing Transcript Vol. 2 (Oct. 29, 2003) - Part 1 (pp. 198-295) |

| | |
|---|---|
| 36-B | Evidentiary Hearing Transcript Vol. 2 (Oct. 29, 2003) - Part 2 (pp. 296-377) |
| 37 | Parker Deposition (Sep. 25, 2001) |
| 38 | Parker Deposition (Oct. 30, 2001) |
| 39-A | Motion to Vacate Judgment of Conviction and Sentence (as Amended) with Special Request for Leave to Amend (Nov. 30, 2001) - Part 1 (pp. 1-70) |
| 39-B | Motion to Vacate Judgment of Conviction and Sentence (as Amended) with Special Request for Leave to Amend (Nov. 30, 2001) - Part 2 (pp. 71-151) |
| 40 | Office of the Medical Examiner Investigation Report (Apr. 4, 1989) |
| 41 | Charles Flynn Sr. Recording of Hallock (Apr. 27, 1989) |
| 42 | Evidentiary Hearing Transcript (Nov. 30, 2004) |
| 43 | Grand Jury Indictment of O'Conner Bookert Green, et al., (Apr. 6, 1990) |
| 44 | Videotaped Sworn Statement of Lonnie Hillery (Oct. 20, 1999) |
| 45 | Investigative Report of Interview of Doug Waller (Oct. 4, 1999) |
| 46 | Sherry Green Affidavit (May 30, 2010) |
| 47 | Lonnie Hillery Affidavit (Aug. 7, 1999) |
| 48 | Sheila Green Affidavit (Apr. 1, 1992) |
| 49 | Rains Statement (Apr. 7, 1989) |
| 50 | Audiotaped Sworn Statement of Jerome Murray (Oct. 31, 1999) |
| 51 | Criminal History Subsystem Report of Jerome Murray (Oct. 4, 1999) |
| 52 | Videotaped Statement of Jerome Murray (Aug. 3, 1999) |
| 53 | Investigative Report of Interview of Jeff Thibeau (Oct. 5, 1999) |
| 54 | Timothy Curtis Affidavit (Aug. 9, 1999) |
| 55 | Videotaped Statement of Timothy Curtis (Aug. 6, 1999) |
| 56-A | Evidentiary Hearing Transcript (Oct. 4, 2004) - Part 1 (pp. 1-80) |
| 56-B | Evidentiary Hearing Transcript (Oct. 4, 2004) - Part 2 (pp. 81-167) |
| 57 | Layne Deposition (Nov. 12, 2002) |
| 58 | Laymen Layne Affidavit (July 8, 2009) |
| 59 | Laymen Layne Ticket Record (Apr. 4, 1989) |
| 60 | Arrest Record of Laymen Layne (May 26, 2011) |
| 61 | Report of Yvette McNab, Microanalysis, FDLE (Aug. 14, 1989) |
| 62 | Forensic Identity Evidence Inventory and Correspondence Log (Mar. 14, 2000) (Composite Exhibit) |

| | |
|---|---|
| 63-A | Evidentiary Hearing Transcript Vol. 1 (Jun. 24, 2004) - Part 1 (pp. 1-74) |
| 63-B | Evidentiary Hearing Transcript Vol. 1 (Jun. 24, 2004) - Part 2 (pp. 75-156) |
| 64 | Evidentiary Hearing Transcript Vol. 2 (Jun. 25, 2004) |
| 65-A | Resentencing Hearing Transcript (Aug. 31, 2009) - Part 1 (pp. 1-100) |
| 65-B | Resentencing Hearing Transcript (Aug. 31, 2009) - Part 2 (pp. 101-128) |
| 66 | Report of Stephen Fratpietro, Paleo DNA Laboratory (Nov. 19, 2010) |
| 67-A | FDLE, Crosley Alexander Green Investigation, Investigative Summary (July 25, 2000) - Part 1 (pp. 1-31) |
| 67-B | FDLE, Crosley Alexander Green Investigation, Investigative Summary (July 25, 2000) - Part 2 (pp. 32-64) |
| 67-C | FDLE, Crosley Alexander Green Investigation, Investigative Summary (July 25, 2000) - Part 3 (pp. 65-86) |
| 68 | Order (July 22, 2002) |
| 69 | Transcript of CBS 48 Hours Mystery, "Impossible Mission" (Crosley Green) Raws #44 and #45 (Aug. 16, 1999) |
| 70 | Evidentiary Hearing Transcript Vol. 1 (Feb. 24-26, 2004) |
| 71 | Evidentiary Hearing Transcript Vol. 2 (Feb. 24-26, 2004) (pp. 201-400) |
| 72 | Evidentiary Hearing Transcript Vol. 3 (Feb. 24-26, 2004) |
| 73 | Ciolino Affidavit (Dec. 9, 2010) |
| 74 | Crosley Green Criminal History (Jun. 21, 1989) |
| 75 | O'Conner Green Affidavit I (June 8, 2010) |
| 76 | Photographic Lineup |
| 77 | Carlile Deposition (Sep. 6, 1989) |
| 78 | Hampton Deposition (Oct. 18, 1989) |
| 79 | Smith (Charles) Statement (Apr. 20, 1989) |
| 80 | Brothers Statement (Apr. 19, 1989) |
| 81 | Brothers Deposition (Feb. 15, 1990) |
| 82 | Charles Smith Affidavit (Mar. 9, 2010) |
| 83 | Kiser Deposition (Feb. 12, 1990) |
| 84 | Brevard County Sheriff's Department Supplement Report of Odell Kiser (Apr. 4, 1989) |
| 85 | Kiser Deposition (Nov. 14, 2002) |
| 86 | Brevard County Sheriff's Department Report of Investigation of Randy Arieux (Jun. 19, 1989) |

| | |
|---|---|
| 87 | Arieux Deposition (Feb. 13, 1990) |
| 88 | Peterkin Deposition (Nov. 13, 2002) |
| 89 | Map of Holder Park Area |
| 90 | Brevard County Jail Property Receipt (June 8, 1989) |
| 91-A | Working Dog Training and Utilization Records - Part 1 (pp. 1-40) |
| 91-B | Working Dog Training and Utilization Records - Part 2 (pp. 40-55) |
| 92 | Affidavit of Attorney's Time (Nov. 16, 1990) |
| 93 | Brandon Wright Affidavit (Apr. 27, 2010) |
| 94 | Carn Deposition (May 14, 1990) |
| 95 | Tyrone Torres Affidavit (Mar. 10, 2010) |
| 96 | Interview of Aretha Griffin by Christopher White (Mar. 19, 1990) |
| 97 | Reginald Peters Affidavit (Feb. 21, 2010) |
| 98 | Lori Rains Affidavit (Feb. 22, 2010) |
| 99 | Randy Brown Affidavit (May 26, 2011) |
| 100 | Cheryl Anderson Affidavit (Feb. 23, 2010) |
| 101 | Kerwin Hepburn Affidavit (June 8, 2010) |
| 102 | Anderson Statement (Oct. 23, 1989) |
| 103 | Evidentiary Hearing Transcript (May 27, 2011) |
| 104 | Amended Notice of Intent to Claim Alibi and Defense Witness List (Aug. 3, 1990) |
| 105 | Weather History Results for Mims, FL, April 3rd, 1989, Farmers' Almanac |
| 106 | Report from Nancy Rathman, Serology Section, FDLE (June 16, 2000) |
| 107 | Brevard County Sheriff's Department Supplement Report of W.H. Walker III (Apr. 5, 1989) |
| 108 | Stroup Deposition (Feb. 15, 1990) |
| 109 | Smith (Lori) Dep. (Aug. 13, 1990) |
| 110 | Report from Daniel Radcliffe, Gun Shot Residue, FDLE (June 27, 1990) |
| 111 | Office of the Medical Examiner Autopsy Report (Apr. 4, 1989) |
| 112 | Harper Deposition (Aug. 13, 1990) |
| 113 | Meyers Deposition (Aug. 13, 1990) |
| 114 | Photos of Clothes |
| 115 | Truck Bed Photos |
| 116 | U.S. Naval Observatory Astronomical Applications Department Sun and Moon Data for Apr. 3-4, 1989 |

| | |
|---|---|
| 117 | Hallock 9:20 p.m. Statement (Apr. 4, 1989) |
| 118 | Supplemental Discovery - Additional Witnesses (July 11, 1990) |
| 119 | Evidentiary Hearing Transcript (Apr. 24-25, 2003) |
| 120 | Spruill Affidavit (Feb. 21, 2010) |
| 121 | Laurin Sellers, Mims Man Charged in Slaying, Orlando Sentinel (June 9, 1989) |
| 122 | Marisa J. Porto, Mims Slaying Suspect Just Freed from Prison (XXXX) |
| 123 | Marisa J. Porto, Judge Denies Bond for Mims Man Held but Not Indicted in Slaying (XXXX) |
| 124 | Robert Kohlman, Jury Indicts Mims Man in Slaying, Florida Today (XXXX) |
| 125 | Orange Grove Photos |
| 126 | O'Conner Green Affidavit II (June 8, 2010) |
| 127 | Investigative Report of Interview of Timothy Curtis (Nov. 17, 1999) |
| 128 | Evidentiary Hearing Transcript (Aug. 11, 2011) |
| T1 | Trial Transcript (pp. 1-49) |
| T2 | Trial Transcript (pp. 50-74) |
| T3 | Trial Transcript (pp. 75-99) |
| T4 | Trial Transcript (pp. 100-149) |
| T5 | Trial Transcript (pp. 150-200) |
| T6 | Trial Transcript (pp. 201-325) |
| T7 | Trial Transcript (pp. 326-350) |
| T8 | Trial Transcript (pp. 351-400) |
| T9 | Trial Transcript (pp. 401-525) |
| T10 | Trial Transcript (pp. 526-600) |
| T11 | Trial Transcript (pp. 601-725) |
| T12 | Trial Transcript (pp. 726-800) |
| T13 | Trial Transcript (pp. 801-940) |
| T14 | Trial Transcript (pp. 941-1000) |
| T15 | Trial Transcript (pp. 1001-1125) |
| T16 | Trial Transcript (pp. 1126-1200) |
| T17 | Trial Transcript (pp. 1201-1340) |
| T18 | Trial Transcript (pp. 1341-1400) |
| T19 | Trial Transcript (pp. 1401-1540) |
| T20 | Trial Transcript (pp. 1541-1600) |
| T21 | Trial Transcript (pp. 1601-1741) |
| T22 | Trial Transcript (pp. 1742-1800) |
| T23 | Trial Transcript (pp. 1801-1930) |

| T24 | Trial Transcript (pp. 1931-1950) |
|-----|----------------------------------|
| T25 | Trial Transcript (pp. 1951-1991) |