# Exhibit 6

JESS PARRISH MEMORIAL HOSPITAL
TITUSVILLE FLORIDA

EMERGENCY ROOM NOTE

PATIENT NAME: FLYNN, CHARLES
EMERGENCY ROOM NUMBER: 903272-3

DATE OF ADMISSION: 04/04/89 at 2:18 a.m.

SUBJECTIVE: This patient apparently was shot in the chest. There is no history as to why the patient was shot. Apparently he was shot in the chest. His girlfriend got in his vehicle, drove an unknown distance, called 911 and then called the patient's parents. The dispatch received the call at 1:44; the ambulance crew arrived at the scene at 1:57. The patient was transported at 2:11 and arrived in the emergency rom at 2:20 a.m. Paramedics state they found a pulseless, apneic 22-year-old white male with fixed and dilated pupils upon arrival. They were told by the fire rescue that the patient had stopped breathing just prior to their arrival. Initial monitor evaluation revealed a junctional bradycardia which deteriorated rapidly to an agonal rhythm. The patient was intubated. Two large bore IV's were placed in the patient's antecubital fossas. The patient was hyperventilated and CPR was started. Their initial evaluation revealed an entrance wound in the right chest area, approximately one inch above the right nipple. The entrance wound was small, consistent with a possible .22 caliber bullet. The patient again was pulseless and apneic, with pupils fixed and dilated bilaterally. ACLS protocol was followed in route. The patient was given large amounts of fluids. Also, patient was given Atropine and Epihnephrine. At the time the patient arrived he had had no response to therapy.

OBJECTIVE: Initial exam revealed a 22-year-old male with no spontaneous heart sounds and respirations. He was cyanotic from the neck to the head. The hands and feet were also cyanotic. There was dependent lividity involving the back of the shoulders and the lateral aspect of the thorax. Pupils were fixed and dilated bilaterally. EKG revealed asystole. Lung sounds were auscultated bilaterally and the tube was visualized between the vocal cords using a laryngoscope. The patient had a small caliber entrance wound above the right nipple. A moderate amount of subcutaneous air was present upon auscultation, but there were bilateral lung sounds present. The abdomen was soft. Lower extremities and upper extremities were essentially normal. The patient was hyperventilated. Was given 1 mg of epinephrine down the endotracheal tube. He had had a total of 2000 cc of saline at this time. Due to the fact that the patient had dependent lividity, moderate cyanosis, asystole, and dilated pupils which were fixed, the Code was terminated.

ASSESSMENT: Gunshot wound to the chest.

PLAN: Sheriff's Department and Titusville Police Department were here and investigated. The patient was sent to the medical examiner for examination.


MICHAEL MILLS, D.O.
MM/eag
D-T: 04/04/89