# Exhibit 88

```
 1    IN THE CIRCUIT COURT IN THE EIGHTEENTH JUDICIAL CIRCUIT
              IN AND FOR BREVARD COUNTY, FLORIDA
 2
              CASE NUMBER:  05-1989-CF-004942-AXXXX
 3

 4    STATE OF FLORIDA,

 5              Plaintiff,

 6    versus

 7    CROSLEY A. GREEN,                    CERTIFIED

 8              Defendant.                    COPY
 9    _____

10

11

12              DEPOSITION OF CELESTINE PETERKIN

13              The transcript of the testimony taken before

14    LISA B. JOHNSTON, RPR, CRR, Court Reporter, at the

15    office of the State Attorney, North Brevard Government

16    Center, 400 South Street, Fourth Floor, Titusville,

17    Florida, on the 13th day of November, 2002, commencing

18    at 1:02 p.m.

19

20

21

22                     RYAN REPORTING
              REGISTERED PROFESSIONAL REPORTERS
23
      1670 SOUTH FISKE BOULEVARD    100 RIALTO PLACE, SUITE 700
24    ROCKLEDGE, FLORIDA  32955     MELBOURNE, FLORIDA  32901

25    (321) 636-4450                (321) 723-8538
      FAX: (321) 633-0972           FAX: (321) 725-6315
```

A P P E A R A N C E S

ROBERT WAYNE HOLMES, ESQUIRE
Assistant State Attorney
State Attorney's Office
2725 Judge Fran Jamieson Way
Building D
Viera, Florida  32940
(321) 617-7510
*APPEARING FOR PLAINTIFF*


CHRISTOPHER R. WHITE, ESQUIRE
Assistant State Attorney
State Attorney's Office
100 East First Street
Sanford, Florida  32771
(407) 322-7534
*APPEARING FOR PLAINTIFF*


MARK S. GRUBER, ESQUIRE
     -and-
DAPHNEY E. GAYLORD, ESQUIRE
     -and-
DAVID D. HENDRY, ESQUIRE
Assistant Capital Collateral Counsel
Law Office of the Capital Collateral
     Regional Counsel, Middle Region
3801 Corporex Park Drive
Suite 210
Tampa, Florida  33619-1136
(813) 740-3544
*APPEARING FOR DEFENDANT*


ALSO PRESENT:

     ROSE VALDEZ, Law Office of CCRC


                    *  *  *  *  *

1

I N D E X

2 TESTIMONY OF CELESTINE PETERKIN:

3     Direct Examination by Mr. Holmes            4
      Direct Examination by Mr. White            34
4     Cross Examination by Ms. Gaylord           41
      Redirect Examination by Mr. White          55
5     Recross Examination by Ms. Gaylord         56

6 WORD INDEX:                                    60

7

* * * * *

8

9

E X H I B I T S

10

(NONE)

11

* * * * *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    THEREUPON,

 2                    CELESTINE PETERKIN,

 3    having been first duly sworn, was examined and

 4    testified as follows:

 5                    DIRECT EXAMINATION

 6    BY MR. HOLMES:

 7         Q.    Okay.  Would you please state your name for

 8    the record.

 9         A.    Celestine Juanita Peterkin.

10         Q.    And you may want to spell your name for the

11    Court Reporter.

12         A.    C-E-L-E-S-T-I-N-E.

13         Q.    And the spelling on your last name?

14         A.    P-E-T-E-R-K-I-N.

15         Q.    What is your current residence address?

16         A.    1125 Polyanna Drive, Titusville, Florida.

17         Q.    And how long about have you been living

18    there?

19         A.    Thirteen years.

20         Q.    Okay.  And are you currently employed

21    outside the home?

22         A.    No.

23         Q.    Okay.  And what is your relation to Crosley

24    Green?

25         A.    Sister.
```

1    Q.    And would you be an older sister?  Younger

2    sister?

3    A.    Second oldest.

4    Q.    Second oldest.

5          And what is your date of birth?

6    A.    6/30/56.

7    Q.    And if I understand it correctly, I think

8    Crosley was born in 1957?  Is he, first, a little bit

9    younger than you?

10   A.    Yes.

11   Q.    Okay.  So you'd be the sister or the sibling

12   immediately older than he?

13   A.    Yes.

14   Q.    Okay.  And then there's a number of younger

15   siblings, as I understand.

16   A.    Yes.

17   Q.    Okay.  Going back to 1989, and I'm sure you

18   recall the timeframe when the incident that we're here

19   talking about and Crosley, the word got out that the

20   police were looking for Crosley in reference to a

21   shooting that took place.

22   A.    Mmm-hmm.

23   Q.    Where were you living back at that time?

24   A.    3658 Briarcliff Way, Mims, Florida.

25   Q.    Okay.  And is that the residence that was

1    fairly close to Holder Field?

2         A.    Yes.

3         Q.    Okay.  About how far away was that from

4    Holder?

5         A.    It be -- I don't know if it was a block or a

6    half a block.

7         Q.    Okay.  So it was close.

8         A.    It was close.

9         Q.    Walking distance.

10        A.    Mmm-hmm.

11        Q.    Very easy walking distance.

12              And were you employed outside the home at

13   that time?

14        A.    No.

15        Q.    When did you first become aware that Crosley

16   was suspected in this?

17        A.    When the police surrounded my house.

18        Q.    Okay.  So the very first time that you knew

19   anything about it was when the police came to your

20   house?

21        A.    Yes.

22        Q.    Was that the daytime?  Nighttime?

23        A.    I think it was a morning time.

24        Q.    Okay.  And in relation to when this incident

25   supposedly occurred, was that the morning of or the

1    morning after?  Do you know how it fit into --

2         A.    No, they just told me that they came to

3    search my house 'cause of something that happened.

4         Q.    Okay.  And did they have a search warrant

5    when they came to your house or --

6         A.    No.

7         Q.    -- did they ask you if they could search

8    your house?

9         A.    I'm trying to think -- I think they did.

10        Q.    And do you know the reason why they were

11   searching your house?

12        A.    They said they was looking for my brother.

13        Q.    And had he been staying there at all prior

14   to that time?

15        A.    No, he was staying out there in Mims.

16        Q.    Okay.  Do you know where he was staying in

17   Mims?

18        A.    With his cousin Colleen.

19        Q.    And what's Colleen's -- do you know her last

20   name?

21        A.    Brothers.

22        Q.    Colleen Brothers?  And that's a cousin?

23        A.    It's a nickname, is Colleen.  Her real name

24   is Constance.

25        Q.    Okay.  And that's a cousin?

1       A.    Yes, a cousin.

2       Q.    Okay.  And you have, I think, another older

3  sister or an older sister by the name of Shirley, is

4  that correct?

5       A.    Mmm-hmm.

6       Q.    Did Crosley stay at all with her?

7       A.    I don't know.

8       Q.    Okay.  So you don't know if he stayed there

9  or not.

10      A.    I don't remember.

11      Q.    But he didn't stay at your house prior to

12  the incident.

13      A.    No.

14      Q.    Okay.  And to help put a framework in there,

15  if I understand correctly, about a year or a year and a

16  half before then, Crosley had gotten out of prison?  Do

17  you recall him being in prison?

18      A.    Yes.

19      Q.    Okay.  Did he stay at your house any time

20  after he got out of prison?

21      A.    Yes.

22      Q.    Okay.  How long did he stay at your house?

23      A.    I can't recall, 'cause I don't remember what

24  exactly the month he got out of prison.

25      Q.    Okay.  Did he stay just a few nights or a

```
 1    week or a month, or how long do you remember him

 2    staying there?

 3         A.    I don't know; I can't recall right now.  Let

 4    me think.  Back in '89 -- Lord Jesus -- '98, I'm trying

 5    to think back that far.  '98, I can't recall.

 6         Q.    Okay.  And who else would have been living

 7    in your home back at that time?

 8         A.    My husband and my sister.

 9         Q.    Okay.

10         A.    I had I think it was two of them staying

11    with me at that time.

12         Q.    Mmm-hmm.

13         A.    Yes.

14         Q.    Okay.  Any children living in your home?

15         A.    Yes, my sister had one; I think there was

16    one she had at that time.

17         Q.    Okay.  And the sister whose child was living

18    there was who?

19         A.    Degrah Green.

20         Q.    Okay.  So Degrah was living there and she

21    had one child and then there was you and your husband?

22         A.    My husband and my baby sister.

23         Q.    Okay.  Your other baby sister being?

24         A.    Lavera.

25         Q.    Lavera was also living with you there at
```

1   that time?

2        A.    Mmm-hmm.

3        Q.    So then when Crosley came out of prison, he

4   at least stayed there a little bit.

5        A.    He stayed; mmm-hmm.

6        Q.    Okay.  But by the time this incident came

7   about, he hadn't been living there --

8        A.    I hadn't seen my brother, like, in about

9   three to four days, 'cause he was out there in Mims

10  with my cousin, and when I go to Mims I see him.

11       Q.    Okay.  And how about at your house?  When do

12  you think the last time he had been at your house

13  before this incident, before the police came to your

14  house?  How long --

15       A.    This was a while.

16       Q.    It had been a while?

17       A.    Mmm-hmm.

18       Q.    Okay.  Now, after the police came to your

19  home and before Crosley was arrested, did you have any

20  contact with him at all?

21       A.    No.

22       Q.    Did you talk to him?  See him?  Give him a

23  ride?  Anything like that between the time the

24  police --

25       A.    After --

1    Q.    -- came to your home and before he was

2    arrested.  There was a couple of months --

3    A.    My brother -- I saw my brother that day in

4    Mims, when I went to Mims.

5    Q.    Okay.

6    A.    At his cousin's house.

7    Q.    Okay.  And that's the same cousin you

8    mentioned before --

9    A.    Mmm-hmm.

10    Q.    -- where you had been staying?

11          Did you talk to him at all?

12    A.    Well, when they -- when I heard what

13    happened and everything.

14    Q.    Mmm-hmm.

15    A.    And then I went to Mims and I saw him.

16    Q.    Mmm-hmm.

17    A.    And I had told him the police had been out

18    to our house looking for him and he say "Well, the

19    police just passed by me, they ain't say nothing to

20    me."  And I said "Well, I think you ought to call

21    them."

22    Q.    Okay.

23    A.    And he did that.  And my sister called me

24    back at my house and told me to come to Mims, 'cause

25    they had arrested my brother.

1  Q. Okay. Now, how soon had you seen him before

2 he was actually arrested? Was that, like, you saw him

3 and said "You need to turn yourself in" and then the

4 next day he was arrested, or are we talking about some

5 period of time?

6  A. I think it was a period of time that they

7 arrested him.

8  Q. Okay.

9  A. Maybe a couple days.

10  Q. Okay. Any other contact that you recall

11 having with him --

12  A. No.

13  Q. -- during that time between the police at

14 your house and his arrest?

15  A. No, I don't recall.

16  Q. Okay. How about after that while his case

17 was pending for trial? Did you have any time that you

18 went and visited him at the jail or that you talked to

19 him on the phone? Any contact that you had with him

20 while the case was pending before he went to actual

21 trial?

22  A. I went to visit him at the jail, but I don't

23 remember him calling me.

24  Q. Okay.

25  A. I don't know if I even had a phone.

1    Q.    All right.  Anything that you recall about
2  the discussion you had with him at the jail?
3    A.    I just -- we just -- you know, we just
4  talked about the case, what the people was saying and
5  everything.
6    Q.    Okay.  What do you remember talking about?
7  What is it that you remember talking to him about the
8  case and what people were saying?
9    A.    I asked him did he do it and he say no.
10   Q.    Okay.  Did you talk about any of the
11  particular people that maybe were --
12   A.    What people?
13   Q.    What people were saying or what witnesses
14  you thought were going to be called at the trial --
15   A.    No.
16   Q.    -- that you all talked --
17   A.    No.
18   Q.    Okay.
19   A.    We didn't know nothing about no witness.
20   Q.    Okay.  Did you attend the trial?
21   A.    Yes.
22   Q.    Okay.  And did you sit inside the courtroom
23  and watch the court?
24   A.    No, I was outside.
25   Q.    Okay.  And why were you outside the court?

1      A.      'Cause I was a witness.

2      Q.      Okay.  And did you actually testify at the

3  trial?

4      A.      Yeah, I testified.

5      Q.      Okay.  Was that in the trial phase or was

6  that the penalty phase; do you remember?

7      A.      It was the trial phase.

8      Q.      During the trial phase?

9      A.      Or penalty.

10     Q.      Okay.  And leading up to the trial, did you

11  have a chance to meet with Crosley's attorney,

12  Mr. Parker?  Did you ever meet with him or talk to him?

13     A.      What, before the trial?

14     Q.      Before the trial.

15     A.      Yes, he had me come to his office.

16     Q.      Okay.  So you did meet with him?

17     A.      (Witness nods head.)

18     Q.      And did he talk to you about -- well, what

19  do you remember him talking to you about or asking you?

20     A.      Oh, I don't know, we just talked about a

21  whole lot of, you know --

22     Q.      Was it things like -- things like your

23  family and Crosley and -- or was it about the actual --

24  your testimony at trial?  Do you remember what it was

25  that you all covered?

```
 1          A.    No, no.

 2                (Thereupon, Mr. White left the room.)

 3   BY MR. HOLMES:

 4          Q.    Okay.  Was there just the one meeting or was

 5   there more than one meeting?  Do you remember how many

 6   times you met with Mr. Parker?

 7          A.    Maybe twice.

 8          Q.    Okay.

 9          A.    I'm not sure.

10          Q.    Okay.  All right.  And I believe one of your

11   sisters is Sheila Green?

12          A.    Mmm-hmm.

13          Q.    Okay.  Would she be a younger sister?

14          A.    Yeah, she's young.

15          Q.    Okay.  About how many years younger than you

16   would she be?

17          A.    About -- let's see -- I'm forty-six; she's

18   about thirty-five, thirty-six.

19          Q.    Okay.  So she's about ten years younger than

20   you are?

21          A.    Yeah.

22                (Thereupon, Mr. White enters the room.)

23   BY MR. HOLMES:

24          Q.    Okay.  And were you aware that she had been

25   arrested back about the time of this trial on some
```

1    federal drug charges --

2        A.    Yes.

3        Q.    -- I think your brother, O'Connor, may have

4    been involved in that, too?

5        A.    Mmm-hmm.

6        Q.    Do you remember that?  Okay.

7              She had a couple of children, did she not?

8        A.    Yes.

9        Q.    Okay.  Do you know where the children were

10   staying while she -- her case was pending in court?

11       A.    Yes.

12       Q.    Where was that?

13       A.    With me.

14       Q.    Okay.  And how many children did she have

15   that you were taking --

16       A.    Four.

17       Q.    Four?

18       A.    Mmm-hmm.

19       Q.    Do you remember their range of ages at that

20   time, approximately?  Were they little kids or teens?

21       A.    They was little kids.

22       Q.    Okay.  So --

23       A.    About -- I think the baby could have been

24   about two or three.

25       Q.    Mmm-hmm.

1    A.    And then -- hmm -- two or three, I think

2    there was one about six, maybe one was eight, and maybe

3    the oldest girl, I think she was maybe nine or ten.

4    Q.    Okay.  Now, would they have come to live

5    with you after Crosley was arrested?  Do you remember

6    Crosley -- or the --

7    A.    No, Crosley was arrested in '89, wasn't he?

8    Q.    He was arrested in '89.

9    A.    I think they (sic) was arrested in '90.

10   Q.    Okay.  Okay.  So the kids came to live with

11   you sometime in '90?

12   A.    Mmm-hmm.

13   Q.    Okay.  And did you continue to take care of

14   the children --

15   A.    Mmm-hmm.

16   Q.    -- after Sheila was sentenced to prison?

17   A.    (Witness nods head.)

18   Q.    Okay.  Did you have an opportunity to talk

19   to Sheila after she testified in Crosley's case?

20   A.    No, we didn't.

21   Q.    Okay.  So you didn't talk to her --

22   A.    No.

23   Q.    -- by phone or any letters --

24   A.    Hmm-um.  We didn't write.

25   Q.    Okay.

1        A.    None of us was writing.

2        Q.    Okay.  How about since she's been released

3    from prison?  I understand she's on parole.  Did the

4    children continue to live with you or did they go --

5        A.    No, they went back home with their mother.

6        Q.    Okay.  And did you have any conversations

7    with her after she was released on parole?

8        A.    At first no, 'cause she had to stay in

9    Orlando; we was here.

10       Q.    Okay.

11       A.    And then when she came to visit --

12       Q.    Okay.

13       A.    -- we didn't talk --

14       Q.    Did you talk to her at all about this case?

15       A.    Yes.

16       Q.    Okay.  What things have you all talked

17   about?

18       A.    I just asked her why did she -- um, why she

19   lie on her brother and she say "Well, they told me

20   that, um, if I didn't do what they want me to do, that

21   it would give her twelve years and take her kids away

22   from her," and she busted out and start crying.

23       Q.    Okay.  But, of course, you had the children,

24   right?

25       A.    Mmm-hmm.

```
 1        Q.    And you were -- were you there at any time
 2   to take care of the children?
 3        A.    Was who there?
 4        Q.    You.
 5        A.    I always was there.
 6        Q.    You're always there.
 7        A.    Mmm-hmm.
 8        Q.    Okay.  Okay.  So even if she went to prison,
 9   you were there and you were going to take care of the
10   children regardless.
11        A.    Mmm-hmm, that's right.  If she would have
12   passed away dead tomorrow, I would have took her kids
13   the same way.
14        Q.    Okay.  Okay.  Now, I believe you have a
15   brother Hamp Green?
16        A.    Mmm-hmm.
17        Q.    Now, is he older or younger than you?
18        A.    He's younger than me.
19        Q.    Okay.  All right.  And have you had any
20   conversations with Hamp about this case?
21        A.    Hmm-um, I think Hamp was -- I think Hamp was
22   locked up.
23        Q.    Okay.  So the best you recall, at the time
24   this incident --
25        A.    Mmm-hmm.
```

1    Q.    -- happened, he was locked up?

2    A.    I was incarcerated.

3    Q.    Okay.  But how about since that time?  I

4    know he's been in and out of prison in the years since.

5    A.    Mmm-hmm.

6    Q.    Have you had any opportunities or have you

7    all talked at all about Crosley's case?

8    A.    We just -- he just asked me what happened.

9    And I had an officer come to my house and we discussed

10   stuff like that.

11   Q.    Okay.  So you gave him a little bit of

12   information --

13   A.    Yes.

14   Q.    -- because he wasn't around when it

15   occurred?

16   A.    Right.

17   Q.    Okay.  All right.  Okay.  And how about you

18   have a sister I think is it -- I think it's -- we got

19   the name all mixed up here, but I think it's Degrea

20   (sic)?

21   A.    Degrah.

22   Q.    Degrah?  Okay.

23         Now, is she younger than you?

24   A.    Yes, she's younger.

25   Q.    Okay.  And have you had a chance to talk to

```
 1   her about this case?
 2        A.    She didn't talk -- she doesn't talk about
 3   anything.
 4        Q.    Okay.  All right.  Okay.  How about Lavera?
 5        A.    Well, she's youngest; she's the baby.
 6        Q.    She's a younger sister also?
 7        A.    Mmm-hmm.
 8        Q.    And how about your sister --
 9        A.    Lavera?
10        Q.    -- Lavera?  Have you talked to her about
11   this case?
12        A.    Yes, we talked.
13        Q.    What type of things did you talk about?
14        A.    Same thing you asked me about.
15        Q.    Okay.
16        A.    She didn't know anything; she was a baby,
17   she was little, and she asked me where was her brother
18   and I told her where she were -- where he were.
19        Q.    So she was fairly young when this happened?
20        A.    Mmm-hmm.
21        Q.    Okay.  About how old is she now?
22        A.    She's twenty-nine.
23        Q.    Okay.  Okay.  So she would have been a
24   teenager?
25        A.    I don't think so.
```

1    Q.    Well, hold on, let me think.

2    A.    Let me see.  She was born in seventy --

3    Q.    Well, '89, we are talking thirteen years

4  ago, so she's twenty-nine, okay; she could be twelve or

5  something.

6    A.    Mmm-hmm.

7    Q.    Okay.  Now, do you know a person by the name

8  of Lonny Hillary?

9    A.    Mmm-hmm.

10    Q.    How is it that you know Lonny Hillary?

11    A.    My sister boyfriend.

12    Q.    Okay.  And have you talked to Lonny about

13  this case?

14    A.    No.

15    Q.    Okay.  Now, were any of the children that

16  you were taking care of his children?

17    A.    Mmm-hmm, one.

18    Q.    One?

19          While you were taking care of the children,

20  did he come around your house, visit the children,

21  anything like that?

22    A.    When he --

23    Q.    Since the trial, have you had any type of

24  contact with him or did he come to your house while --

25    A.    He had come there and talk to Lonny; him

1    (sic) and Lonny go outside and talk.

2        Q.    Okay.  Okay.  Have you talked to him at all

3    about the case?

4        A.    No.

5        Q.    Okay.  Do you know Lori Rains?

6        A.    Mmm-hmm.

7        Q.    Okay.  How is it that you know Lori?

8        A.    We all grow up in the same place, the same

9    town, Mims.

10       Q.    Okay.  And have you talked to her at all

11   about the case?

12       A.    No.

13       Q.    Okay.

14       A.    We don't discuss the case.

15       Q.    All right.  How about Jerome Murray?

16       A.    No.

17       Q.    Do you know Jerome?

18       A.    Yes, I know him.

19       Q.    Okay.  Have you talked to him at all about

20   the case?

21       A.    No.

22       Q.    Okay.  Have you seen him since the trial?

23       A.    Yes.

24       Q.    Okay.  But you have not discussed --

25       A.    Not talk --

1        Q.    -- approached him or talked to him or

2  anything like that.

3        A.    No.  I might say hi to him.  If he speak, I

4  speak to him, and go about my business.

5        Q.    Okay.  How about Layman Lane?  Do you know

6  Layman?

7        A.    Yes, I know Layman.

8        Q.    How do you know Layman?

9        A.    Layman used to work on cars; he's an auto

10  mechanic.

11        Q.    Okay.  And was he a friend of O'Connor's?

12        A.    Yes.

13        Q.    Okay.  And so he would be up near where I

14  think they referred to it at 21 Jump Street?  Are you

15  familiar with that?

16        A.    21 Jump Street?

17        Q.    I know everybody calls it 21 -- but it's up

18  where O'Connor stayed.  And who were some of the other

19  people?

20        A.    O'Connor stay on 21 Jump Street?  Where 21

21  Jump Street at now?

22        MR. WHITE:  There's a barbecue place up

23    there and near the projects.

24        THE WITNESS:  O'Connor don't stay in

25    Mims.

1          MR. WHITE:  Okay.  Terry Sprools

2     (phonetic spelling).

3          THE WITNESS:  Terry stay in Mims.

4 BY MR. HOLMES:

5     Q.    Okay.  Have you had any direct contact with

6 Layman Lane, talk to him about the case?

7     A.    Yes, I see Layman.

8     Q.    Have you talked to him about --

9     A.    He come to the house.

10    Q.    Why would he come to your house?

11    A.    I ain't have nothing against him.

12    Q.    Oh, no, I was wondering why would Layman

13 come to your house.

14    A.    If something was wrong with my truck, I

15 asked him to look at my truck and one day he stop by

16 and look at my truck.

17    Q.    How about more recently in the last couple

18 of years?  Have you had any contact with Layman?  You

19 may have heard that he might be a witness?

20    A.    Well, yeah, it was in the transcript, I

21 guess the D.A., whatever it was, in one of the paper.

22    Q.    Okay.

23    A.    Said something about -- what did it say?

24 Something about Crosley came to him and told him he

25 killed someone?

1    Q.    Mmm-hmm.

2    A.    And I came up and took him away?  And I

3  asked him, I said "Well, now, where was I supposed to

4  say he killed someone and I took him away?"  He said

5  "Where you get that from?"  I said "It's in the paper

6  here."  He said "No, I didn't.  That's a lie."

7    Q.    Okay.

8    A.    And he start talking --

9    Q.    You asked him about --

10    A.    Yes.

11    Q.    -- what you had read in the newspaper.

12    A.    Yes, yes.

13    Q.    Okay.  And so in relation to whatever was

14  said, did you at all come up and give Crosley a ride?

15    A.    No.

16    Q.    Anything like that?

17    A.    No.

18    Q.    Okay.  Okay.  Now, did you have any contact

19  with the investigators, I think they referred to

20  themselves as The Dream Team?  The investigators that

21  came down I think from Chicago?

22    A.    Mmm-hmm.

23    Q.    Did you have contact with them?  Did they

24  talk to you?

25    A.    Yes.

1      Q.    Okay.  And what did you talk to them about?

2      A.    About the case; whatever they asked me.

3      Q.    Okay.  So just basically the things that

4  you're telling us here today --

5      A.    Yes.

6      Q.    -- you told to them?

7      A.    Mmm-hmm.

8      Q.    Okay.  And there was a lady I think that had

9  initially contacted the investigators about coming down

10 here, a lady by the name of Nan Webb.  Did you ever

11 meet her or talk to her directly?

12     A.    Yes.

13     Q.    Okay.  What did you all talk about?

14     A.    About the case.  She read it in the paper.

15     Q.    Mmm-hmm.

16     A.    Mmm-hmm.

17     Q.    Okay.  So did they come to your home or did

18 you meet them someplace or what?

19     A.    They came to my home.

20     Q.    Okay.  Now, you've been listed as a witness

21 by Crosley's current attorneys with Capital Collateral

22 Representative.

23     A.    Mmm-hmm.

24     Q.    Now, have they talked to you about the case?

25     A.    Yes, we talked.

1          Q.    Okay.  And what do you believe that -- why

2     you were listed as a witness?  Do you know why you're

3     listed as a witness in this case at this time?

4          A.    Hmm-um.

5          Q.    Okay.  Do you have any specific ideas as to

6     why you might be called to testify?

7          A.    No.

8          Q.    When you were growing up and living in your

9     home with Crosley, your older and younger sisters,

10    could you describe to us the setting?  You know, your

11    relationship with your parents, relationships with --

12    between them.  Were there any -- well, let's start with

13    this:  Were you ever abused as a child growing up?

14         A.    Hmm-um.

15         Q.    What you would consider, you know, severe

16    discipline or anything like that?

17         A.    (Witness shakes head.)

18         Q.    How about your other siblings?

19         A.    (Witness shakes head.)

20               We only got spankings by our mother.

21         Q.    Okay.

22         A.    Yes.

23         Q.    Okay.

24         A.    My father whipped me once; I got a beating

25    from my father once.  That was it.

1      Q.     So your mother was the disciplinarian?

2      A.     Mmm-hmm.

3      Q.     All right.  Did you ever see your parents

4   physically fighting in the home, where they were

5   actually striking each other?

6      A.     My father.

7      Q.     Okay.  Can you tell us about that?

8      A.     Well, they just fight.  My father used to

9   drink.

10     Q.     Okay.

11     A.     Yes.

12     Q.     How often would this happen?

13     A.     There's not no constant thing every day.

14     Q.     Okay.  How would you describe your childhood

15  in growing up?  Would you describe it as a good

16  childhood, a loving family environment?  How would you

17  describe it?

18     A.     Yeah, my mother and father loved us.

19     Q.     Okay.  And they did things to try to raise

20  you in a proper way --

21     A.     Yes; mmm-hmm.

22     Q.     -- and discipline you when you needed to be

23  disciplined?

24     A.     That's right.

25     Q.     Okay.  Did they make sure all the kids

```
1    attended school regularly --

2         A.    Mmm-hmm; yes.

3         Q.    All right.  Where did your father work?

4    What type of work did he do?

5         A.    My father was groves -- he worked in a

6    grove, driving a tractor; tractor driver.

7         Q.    Was he home on a regular basis?  You know,

8    pretty much --

9         A.    Every day.

10        Q.    He was there most every night?  Get up early

11   in the morning and go --

12        A.    Mmm-hmm.

13        Q.    -- come home late?  So he was there on the

14   weekends and that type of thing?

15        A.    Yes.

16        Q.    How about your mom?  Did she work outside

17   the home?

18        A.    She works.

19        Q.    What type of work did she do?

20        A.    She work as a kitchen cook in a restaurant

21   in Mims.

22        Q.    And was she home on a regular basis --

23        A.    Mmm-hmm.

24        Q.    -- or did she work nights?

25        A.    She work nights and I think she go, like --
```

```
 1    what time did my mom go to work?  I would say, like,
 2    4:00 o'clock in the evening and she got home, like,
 3    12:00, 1:00 o'clock at night.
 4         Q.    Okay.
 5         A.    My father home with us.
 6         Q.    And your father would be home with you while
 7    she was working --
 8         A.    Mmm-hmm.
 9         Q.    -- and she would be home while your father
10    was working?
11         A.    Mmm-hmm.
12         Q.    Okay.  Okay.  There came a time, I
13    understand, that a tragedy occurred in the family and
14    that your father, as I understand, killed your mother
15    and then committed suicide.
16              Was Crosley living at home at that time; do
17    you remember?
18         A.    I don't think so.
19         Q.    Okay.  Were you living at home at that time?
20         A.    (Witness shakes head.)
21         Q.    You had already grown and out on your own?
22    Were you married by that time also?
23         A.    (Witness nods head.)
24         Q.    Do you remember which kids would have been
25    living at home at that time?
```

```
 1          A.     (Witness crying.)
 2          Q.     If you need to take a break -- if you want
 3   to take a break, if you'd like.  If you need some
 4   Kleenex, we'll find some.
 5          A.     Thank you.
 6                 MS. GAYLORD:  Just take a deep breath.
 7                 THE WITNESS:  (Crying.)
 8                 MS. GAYLORD:  I think maybe we should
 9          move on to another subject and come back to
10          this again.
11                 MR. HOLMES:  Yeah, okay.
12   BY MR. HOLMES:
13          Q.     Let me see if we can just kind of focus off.
14   I think Crosley, as I understand it, was living in New
15   York or was in New York at that time.  How soon after
16   that did you next see Crosley again; do you remember?
17          A.     I can't think right now.
18          Q.     Okay.
19          A.     (Witness crying.)
20                 (Thereupon, a brief pause was taken in the
21   proceedings.)
22                 THE WITNESS:  Okay.
23   BY MR. HOLMES:
24          Q.     Okay.  Do you remember whether or not
25   Crosley was in New York about that time?  I think he
```

1    had been -- he had been convicted up there for a

2    robbery -- or was in prison, I think, related to a

3    robbery.

4         A.    Yes.  My brother wasn't here; he wasn't here

5    at the time my mother got killed.

6         Q.    Okay.  And do you know about how long it was

7    after that that he -- that you saw him again?

8         A.    No.

9         Q.    Okay.  When he -- as I understand it, he was

10   in prison in New York for a while and then he was

11   released on parole and came down here and lived.  I

12   didn't know, did he stay with you during that time at

13   all?  This would have been in the late '70s, early

14   '80s, I think is about the time.

15             MR. WHITE:  Mmm-hmm.

16             THE WITNESS:  I think it was in the

17        '80s, I believe.

18   BY MR. HOLMES:

19        Q.    Okay.  Sometime in the -- okay.  Did he live

20   with you at all during that time?

21        A.    Yes, mmm-hmm, when he got out of prison.

22        Q.    Okay.  And would you have been living over

23   here in the Holder Park area at that time?

24        A.    Mmm-hmm; yes.

25        Q.    Okay.  So pretty much you lived in the

1  Holder Park area.  Do you remember about from when to

2  when you lived in Holder Park?

3       A.    I think I moved over there in '78 or '79.

4       Q.    Okay.  And then you lived there until you

5  moved?  About when did you move from?

6       A.    I think I moved from over there in -- it

7  might have been '89 or '90.

8       Q.    Okay.  So you lived there --

9       A.    About sixteen, fifteen years.

10      Q.    Okay.  For a long time.

11            Okay.  And during that time, periodically

12 then Crosley did stay with you from time to time?

13      A.    Yes.

14      Q.    Okay.

15      A.    When he got out of prison.

16            MR. HOLMES:  Okay.  I don't have any

17      further questions.

18            Chris, did you have anything?

19                  DIRECT EXAMINATION

20 BY MR. WHITE:

21      Q.    Let me just ask you this:  When this case

22 was getting ready to go to trial, you say you met with

23 Mr. Parker.

24      A.    At his office.

25      Q.    You went to his office and saw him?

```
 1        A.    Mmm-hmm.

 2        Q.    Do you remember how many times you went to

 3   see him?

 4        A.    Maybe about twice; could have been more.  I

 5   don't know.

 6        Q.    Did he ever talk to you about you being a

 7   witness in the trial?

 8        A.    I think he told me I was going to be a

 9   witness.

10        Q.    Okay.  And so would he have talked to you

11   some about what he might have you testify to?

12        A.    I don't recall that.

13        Q.    You don't remember?

14        A.    Hmm-um.

15        Q.    Do you remember what you were going to be a

16   witness about?

17        A.    They was just going to ask me some

18   questions, I think, concerning was my brother living

19   with me or something like that.

20        Q.    Okay.  Do you remember him talking to you

21   about the second part of the trial where they determine

22   what the sentence should be?

23        A.    I remember we was at the jailhouse -- I mean

24   at the hearing at the court -- at the trial.

25        Q.    Right.
```

```
1        A.    Put us in a room.

2        Q.    They kept you in a room?

3        A.    They kept us in a room.

4        Q.    Well, who kept you in a room?

5        A.    They set us in a room; they had us go into a

6   room.

7        Q.    Oh, okay.  They brought you into a room so

8   you could testify.

9        A.    So they could ask us questions.

10       Q.    Okay.  Who was "they"?  Mr. Parker?

11       A.    And somebody like her (Witness points), the

12   lady doing the typing.

13       Q.    You mean, like, in court, right?

14       A.    Mmm-hmm.

15       Q.    And you testified there.

16       A.    Mmm-hmm.

17       Q.    Do you remember what it was you testified

18   to?

19       A.    They asked me questions and I answered.

20       Q.    I'm sure that -- I'm sure that's true.

21       A.    Yeah.

22       Q.    You don't remember what the questions were

23   about or what your answers were about?

24       A.    They asked me was -- they asked me was my

25   brother living with me.
```

1      Q.     Okay.

2      A.     And they asked me, I'm trying to think what

3  else they asked me.  Oh, I'm trying to think what else

4  they asked me.  I can't remember everything they asked

5  me.

6      Q.     Okay.  Well, you were at the trial the whole

7  way through pretty much, right?

8      A.     Mmm-hmm.

9      Q.     Now, do you remember that there were, like,

10  two different phases of this trial?  There was the

11  first phase was what we call the guilt phase where the

12  jury was going to determine whether or not he was

13  guilty or not, okay?

14      A.     Mmm-hmm.

15      Q.     Then there was the second part of the trial,

16  and in that part of the trial the jury was going to

17  make a recommendation as to whether the sentence should

18  be life or death.

19      A.     Mmm-hmm.

20      Q.     Do you remember that?

21      A.     I don't remember -- see, I was outside the

22  whole time, I never stayed inside; I was a witness, so

23  I couldn't get -- go inside to hear, I had to stay

24  outside.

25      Q.     Okay.  And you don't remember in your mind

1    ever becoming aware that there were two parts to the

2    trial like I talked about?  You don't remember that at

3    all?

4         A.    You say two phases?

5         Q.    Yeah.  Or two parts.  A guilt -- what they

6    call a guilt part and what they call a penalty phase of

7    the trial.

8         A.    I really don't understand what you're

9    saying.

10        Q.    You don't recall that?

11        A.    I don't understand what you -- how you

12   saying this, phrasing this now.

13        Q.    Well --

14        A.    I know when we had -- when he had the trial,

15   then you all was seeking for the death penalty.  Is

16   that what you're talking about?

17        Q.    Right.

18        A.    Okay.  I remember that.

19        Q.    Okay.  But first we had to prove he was

20   guilty of the crime.

21        A.    Uh-huh.

22        Q.    So that's what we did first.

23        A.    Mmm-hmm.

24        Q.    And a jury made a finding and they

25   determined --

1       A.    The penalty.

2       Q.    No, they determined first that he was

3  guilty --

4       A.    Mmm-hmm.

5       Q.    -- of first degree murder.  Then after that,

6  we took some more testimony.  In fact, your oldest

7  sister, Shirley --

8       A.    Mmm-hmm.

9       Q.    She's the oldest sister, right?

10      A.    Mmm-hmm.

11      Q.    -- she testified in that.  Do you remember

12  anything about that?

13      A.    No.  She testified?

14      Q.    Mmm-hmm.

15      A.    Hmm.

16      Q.    No?

17      A.    I don't recall her --

18      Q.    Okay.

19      A.    How could she testify?  She was in the

20  court?  She was inside the courtroom.

21      Q.    Well, I don't know.  I don't know anything

22  about that.  I just know what the transcript says.

23      A.    Oh, I don't recall her testifying.

24      Q.    Okay.  Did Mr. Parker ever talk to you about

25  your family and about the -- how you all were raised

1    and that kind of stuff?

2         A.    I don't recall that.

3         Q.    You don't recall that?

4         A.    Hmm-um.

5         Q.    Okay.  Who was the -- was there anybody in

6    your family who was the person who spoke to Mr. Parker

7    most for Crosley while he was preparing the case for

8    trial?  Do you know what I mean?  Like, somebody kind

9    of took the lead role dealing with Mr. Parker and

10   talking to him about the case and stuff?

11        A.    Who was that?

12        Q.    I'm asking you.

13        A.    No; hmm-um.  I talked to him and I guess I

14   think Shirley talked to him.

15        Q.    Okay.

16        A.    Nobody else talk to him.

17        Q.    Okay.  But you all took an interest in what

18   happened, right?

19        A.    Nobody but me, but my sister Shirley, we was

20   the oldest; the others was the youngest.

21        Q.    So you all would have been kind of the

22   leaders for the family and making sure that Crosley's

23   case was being handled right and making sure you

24   understood what his attorney was doing and things like

25   that, right?

1        A.      Mmm-hmm.

2        Q.      Okay.  Would you think that you all's role

3   was about equal or did one of you get involved more

4   than the other?

5        A.      I don't know.  We was the same.

6        Q.      Possibly about the same?

7        A.      Mmm-hmm.

8        Q.      Okay.  All right, ma'am.  Thank you.

9               MR. WHITE:  I don't have any other

10      questions.

11              THE WITNESS:  Mmm-hmm.

12              (Thereupon, a brief pause was taken in the

13  proceedings.)

14                      CROSS EXAMINATION

15  BY MS. GAYLORD:

16       Q.      At the time you were taking care of your

17  sister's children, how did she feel about being

18  separated from your children?

19       A.      Well, she was upset and she was hurt.

20       Q.      Did she cry a lot or anything of that

21  nature?

22       A.      Mmm-hmm.

23       Q.      Okay.  And her youngest was about three, you

24  said?

25       A.      Mmm-hmm, about three.

1    Q.    Okay.  Did she call and talk to them a lot
2    when she first got locked up?
3    A.    I'm trying to think.
4    Q.    Or was she able to call?
5    A.    I can't recall us having a phone at that
6    time, so I don't recall that.
7    Q.    Okay.  So she was really kind of cut off
8    from the kids.
9    A.    Mmm-hmm.
10    Q.    Okay.  When you said --
11    A.    I think we -- I think we went up to Sanford
12    a couple times to see her.
13    Q.    So you took the kids up to see her.
14    A.    Mmm-hmm.
15    Q.    Do you think she was close to her children?
16    A.    (Witness nods head.)
17    Q.    Okay.  So they were a pretty close family?
18    A.    Yes.
19    Q.    You indicated that the first time you really
20    didn't have a lot of contact with her during the
21    trial --
22    A.    Mmm-hmm.
23    Q.    -- when this was all going on with Crosley's
24    case.
25    A.    Mmm-hmm.

1    Q.    And then a period of time you had contact

2  with her again?

3    A.    Mmm-hmm.

4    Q.    And she was telling you about she was going

5  to make it right or something for Crosley?

6    A.    Yes.  She was going to tell the truth.

7    Q.    Tell the truth.

8          What type of things did she start doing to

9  try to tell the truth or make up for it?

10   A.    Well, she tell us she was sorry and that she

11 going to make it right; she going to come back and tell

12 the truth and she say that he would be all right, "It's

13 all right, he'll be all right, Sister, he'll come home.

14 I'm going to tell the truth."

15   Q.    Okay.  Were you ever aware of her doing an

16 affidavit or anything?

17   A.    I don't -- I think she did.

18   Q.    Okay.

19   A.    I'm sure she did.

20   Q.    Okay.

21   A.    She told me she had worked with lawyers, her

22 lawyer, whatever his name was.  She wrote him.

23   Q.    Mmm-hmm.  Okay.  Now, when the -- when you

24 were talking to Crosley after the murder or during the

25 time period when he was -- the police were trying to

1    look for him and talk to him about the case, Crosley

2    said "The police just passed me."

3         A.    Mmm-hmm.

4         Q.    Did Crosley during that time period, had he

5    moved anywhere or gone anywhere?  Was he still in Mims?

6         A.    He was still in Mims, that I know of.

7         Q.    Okay.  Doing the same kind of things he

8    normally did, as far as you know?

9         A.    Mmm-hmm.

10        Q.    Okay.  And when you attended the trial, were

11   you there the whole time?

12        A.    Yes.

13        Q.    Okay.  Prior to your sister, Sheila,

14   testifying during the trial period, did you even know

15   she was going to be a witness?

16        A.    (Witness shakes head.)

17        Q.    Okay.  So you came to court one day and she

18   was there?

19        A.    She was there.

20        Q.    Okay.  What was her -- how was she looking

21   that day when you talked to her?

22        A.    When I seen her?  I didn't talk to her the

23   day she went to court.

24        Q.    Okay.

25        A.    I was a witness and I was standing outside

1    and I was looking through the little -- the little

2    glass.

3           Q.    Mmm-hmm.

4           A.    And I seen my sister come out there.  She

5    was on crutches.

6           Q.    Mmm-hmm.  Did you know why she was on

7    crutches?

8           A.    No.

9           Q.    Okay.  So you didn't get a chance to speak

10   with her --

11          A.    No.

12          Q.    -- during that time.

13                How much contact did you have with her

14   before she testified?

15          A.    Well, when she was locked up, she was in

16   Sanford and I visit her and we visited a little bit.

17          Q.    Okay.  And during those visits, did you ever

18   threaten her in any way?

19          A.    No.

20          Q.    Okay.  And you were actually taking care of

21   her kids.

22          A.    The kids, mmm-hmm.

23          Q.    Okay.  What happened to your sister when she

24   tried to hang herself at the jail?

25          A.    I was just told she tried to kill herself.

1      Q.    And that was the only thing you were told

2   about it?

3      A.    Mmm-hmm.

4      Q.    How did you come to find out that she was

5   back in the area at the county jail right before she

6   testified?

7      A.    Someone got out of the jail, Juanita got out

8   of jail and said she seen my sister up there.  I said

9   "My sister?"  She said "Yeah, Sheila."  I said "No,"

10  and she said "Yes, and she's on crutches."

11     Q.    And did you call the jail?

12     A.    Yes, I called the jail.  I asked for Sheila

13  Green and they said they didn't have a Sheila Green and

14  I told them they have a Sheila Green because the person

15  who told me that knew her and wouldn't lie about that.

16     Q.    So you weren't able to find out any

17  information.

18     A.    No.

19     Q.    But you were told she was there.

20     A.    Mmm-hmm.

21     Q.    Did Sheila ever tell you that she had been

22  threatened to take her kids away if she didn't tell

23  them --

24     A.    Yes.

25     Q.    -- what they wanted?

1        And how did that conversation happen?  Was
2   that before or after the trial?

3        A.    It was after the trial.

4        Q.    Okay.  So Crosley was already convicted this
5   time -- at this time.  He had already been convicted?

6        A.    When she told me this?  Yes.

7        Q.    Okay.  And was that a part of the same
8   conversation, she was going to try to make it better or
9   do the right thing?

10       A.    Mmm-hmm.

11       Q.    Okay.  You were asked a little bit about the
12  witnesses and your knowledge of the witnesses, kind of
13  like a communal living and everybody knows each other?

14       A.    Mmm-hmm.

15       Q.    Okay.  What's Layman's general reputation in
16  the community?  What kind of person is he in the
17  community?

18       A.    I know Layman as he work as a mechanic hard.
19  Back -- back -- are you talking about now or back --

20       Q.    Back in time.

21       A.    Okay.  He used to -- he used to work on my
22  brother's cars and -- what -- he was more like a
23  mechanic.

24       Q.    Okay.  Did he have a drug habit or anything
25  like that?

1     A.    Yes, he smokes.  Used to.

2     Q.    Okay.  Did he kind of clean up a little bit

3 now.

4     A.    I think so.  He looks good.

5     Q.    He's a lot better than then.

6     A.    Yeah.

7     Q.    Now, when you indicated about your parents

8 disciplining you, did they, like, spank you with their

9 hands?  Put you in time out?

10    A.    Belts.

11    Q.    Belts?  Okay.  Did they ever spank you with

12 anything else?

13    A.    We got -- let me see what else.  What you

14 call the little switch -- I'm trying to think -- like

15 the kind of switch -- it's like little switches.  I'm

16 trying to think, like mulberry -- no, no, ain't no

17 mulberry switches.

18    Q.    The ones you can braid together?

19    A.    Yeah, I think that was it.

20    Q.    Okay.  Did you ever get beat with, like, a

21 water hose or anything like that?

22    A.    My daddy swung at me one time.

23    Q.    Okay.  Okay.  But other than that, you know,

24 no -- no shoes or -- my grandma used to like shoes

25 every now and then.

1      A.     No, no, I don't remember them picking up

2   shoes.

3      Q.     Okay.  When they used to give these

4   spankings, did they ever leave any bruises or welts on

5   you or anything like that?

6      A.     I think, I think so; yeah.  If she was hot,

7   a little whip on us, but nothing to go to the doctor

8   for.

9      Q.     Okay.

10      A.     Tomorrow or sometime it would go away.

11      Q.     Okay.  Okay.  Now, you indicated that your

12   parents, there was some fighting in the house.

13      A.     Mmm-hmm.

14      Q.     Okay.  Was Crosley present during some of

15   those fights in the house?  Or where was he at?

16      A.     I don't think so.  He was a boy, he was

17   always -- girls was always home.

18      Q.     Okay.  And your father, he drunk a lot?

19   That's what you think was the problem?

20      A.     He used to drink a lot.  And then he

21   stopped.

22      Q.     Okay.  Was there a lot of arguing a lot in

23   the family sometimes?

24      A.     (No response.)

25      Q.     Verbal arguments, for whatever reason.

```
 1        A.      Either -- my father might come home and fuss
 2   about something; my mother fuss back at him.  But if
 3   he's drinking, then it's, like, he want to push her
 4   around.
 5        Q.      Okay.  So just got a little bit more
 6   involved --
 7        A.      Mmm-hmm.
 8        Q.      -- when there was alcohol involved?
 9        A.      Mmm-hmm.
10        Q.      What was Crosley relationship like with his
11   mom?
12        A.      Well --
13        Q.      What about --
14        A.      He was more a daddy boy.
15        Q.      A daddy boy?
16        A.      Mmm-hmm.
17        Q.      And he was in New York at the time that this
18   all happened with your parents.
19        A.      (Witness nods head.)
20        Q.      Okay.  I'm going to get through it kind of
21   quick.
22        A.      Okay.
23        Q.      Do you recall Crosley being at the funeral?
24        A.      Mmm-hmm.
25        Q.      And what was his reaction like when he was
```

```
 1   at the funeral?

 2        A.    He broke down.

 3        Q.    And when you say broke down, was that, like,

 4   a lot of tears, emotions being shown?

 5        A.    (Witness nods head.)

 6        Q.    And it's obvious that it still affects you.

 7        A.    (Witness nods head.)

 8        Q.    What do you think how it affects Crosley?

 9   Do you think it affects him equally the same?

10        A.    (Witness nods head.)

11        Q.    It's kind of hard for all of you, from what

12   happened.

13        A.    (Witness nods head.)

14        Q.    When -- during the trial proceedings, you

15   talked to Parker, Mr. Parker, during the trial as the

16   trial was going on?

17        A.    (Witness nods head.)

18        Q.    Okay.  What do you think about him helping

19   your brother and how he was helping your brother?  What

20   did you think about his performance?

21        A.    He didn't do what he should have.  He didn't

22   do everything he should have done.

23        Q.    Okay.  What else do you think that he could

24   have done or that he should have been doing? --

25        A.    Well, my brother shouldn't be where he at
```

1    today if Mr. Parker did his job.

2        Q.    Okay.  Were you trying to tell Mr. Parker to

3    do certain things during the trial, "You need to do

4    this, you need to do that"?

5        A.    Yes.  I asked him about Sheila, when she got

6    up and testified, I say, told him that "She was lying,

7    you could see that.  Why didn't you all cross examine

8    her?"

9        Q.    And he didn't cross examine her?

10       A.    I don't remember him cross examining her.

11       Q.    Okay.  But you were telling him that during

12   the time.

13       A.    Yeah, that he need to.

14       Q.    When Mr. White was asking you about whether

15   or not you knew what type of witness you were going to

16   be and whether or not we talked to you about things and

17   whether or not Mr. Parker talked to you about some

18   things, but the second part, we call that the

19   mitigation phase where you can present information

20   about, like, your background, your family, how you was

21   brought up, your school attendance and your health and

22   different things like that.

23           Do you recall having any of those kind of

24   conversations with Mr. Parker, where he would, like,

25   sit down and ask you about your parents and about

1   Crosley and how you grew up?  Did Mr. Parker -- put

2   it -- did Mr. Parker know that you grew up in a

3   two-bedroom house and there was fifteen people in the

4   house?

5       A.    Hmm-um.

6       Q.    Okay.  So he didn't ask you those kind of

7   questions.

8       A.    Hmm-um.

9       Q.    Did he ask you any questions about your

10  father working in the groves and things of that nature?

11      A.    I don't recall that.

12      Q.    Okay.  Did he ask you any questions about

13  whether or not -- about your mom's work habits at the

14  bar or anything like that?

15      A.    No.

16      Q.    Whether she gambled?

17      A.    Hmm-um.

18      Q.    Nothing like that?  And he didn't ask you

19  any questions about any violence in the home?

20      A.    I'm trying to think.  I don't recall that.

21      Q.    Okay.  So basically your questioning -- his

22  questions with you, the interview with you was mostly

23  about Crosley?

24      A.    Mmm-hmm.

25      Q.    And you were available at the trial; you

1    were there.

2         A.    (Witness nods head.)

3         Q.    But you weren't working at the time or

4    anything like that.

5         A.    (Witness shakes head.)

6         Q.    Now, you have a lot of health problems?

7         A.    Yes.

8         Q.    Okay.  You had them at the time of the

9    trial, when that was going on, or have they gotten

10   worse, or are they about the same?

11        A.    Well, I just only had, like -- I was under a

12   lot of stress.

13        Q.    Okay.  But the same things were going on at

14   the time of the trial?

15        A.    Mmm-hmm.

16        Q.    Okay.  But you still were there every day?

17        A.    Mmm-hmm.

18        Q.    Okay.  All rightie.

19             (Thereupon, a brief pause was taken in the

20   proceedings.)

21             MS. GAYLORD:  Okay.  That's it; no

22        further questions.

23             MR. HOLMES:  I don't have anything

24        further.

25             MR. WHITE:  Let me just clarify one or

1           two things, okay?

2                        REDIRECT EXAMINATION

3    BY MR. WHITE:

4           Q.     You say your daddy swung at you with a belt

5    once or hose once, I think you said?

6           A.     Mmm-hmm.

7           Q.     I would take that to mean he swung it at you

8    but didn't hit you?

9           A.     Like, the end of it, whoo, like you didn't

10   feel it, and I ran.

11          Q.     You could feel it go by?

12          A.     Yes.

13          Q.     And you ran and that was the end of it?

14          A.     Mmm-hmm.

15          Q.     And then you talked about him coming home

16   drinking and you said that when he and your mother

17   would argue, that he'd want to push her around.

18          A.     Mmm-hmm.

19          Q.     What do you mean by "push her around"?

20          A.     Just push, you know, like you push somebody.

21          Q.     He'd just push her?

22          A.     Yes.

23          Q.     He'd get a little physical.  But he wouldn't

24   try to hit her with his fist or beat her?

25          A.     He had hit her once with his fist, 'cause

1    her eye got swollen.  So he hit her with his fist.

2         Q.    All right.  You didn't see that.

3         A.    No, I didn't see it.

4         Q.    You saw it later.

5         A.    Yes.

6         Q.    But you've never been around when you've

7    seen him hit her with his fist.

8         A.    No.

9         Q.    So if that happened, it didn't happen very

10   often.

11        A.    Hmm-um.

12        Q.    Was it only one time you ever saw a mark or

13   a bruise over her eye, which you seem to be indicating?

14        A.    Yes, one time I seen a bruise on my mom's

15   face.

16        Q.    One time.

17              MR. WHITE:  Okay.

18              MR. HOLMES:  Okay.  Thank you.

19              MS. GAYLORD:  I want to ask one more

20        question that was brought to my attention.

21                    RECROSS EXAMINATION

22   BY MS. GAYLORD:

23        Q.    During the time of when these incidents when

24   your father was pushing your mother around, was

25   Rosemary ever affected by one of those incidents where

1   she was indirectly hurt because of something that was

2   going on?

3       A.    No.  I remember somebody saying that; no.

4       Q.    You don't recall that?

5       A.    Hmm-um.

6             MS. GAYLORD:  Okay.  That's it.

7             MR. WHITE:  All right.  We can let her

8   go.  Do you want to --

9             MR. HOLMES:  Do you want me to explain

10  that one to her?

11            MR. WHITE:  Yeah, go ahead.

12            MR. HOLMES:  Okay.  This lady over here

13  has been taking down everything that was said

14  and she's going to be making it into a

15  transcript, which is a typewritten version of

16  this.

17            THE WITNESS:  Mmm-hmm.

18            MR. HOLMES:  Before it's filed with the

19  court, you have a right to read it and review

20  it and basically check her work.  If you

21  believe she took down something incorrectly,

22  you can add a sheet where you say page

23  whatever, line whatever --

24            THE WITNESS:  Okay.

25            MR. HOLMES:  -- I believe this was

1        said.  Okay.

2                THE WITNESS:  Okay.

3                MR. HOLMES:  But other than that, you

4        can't change the work that she does.

5                If you want to give her a phone number,

6        she can contact you and there would be

7        several days and she would tell you where

8        you'd have to come to review that.

9                THE WITNESS:  Okay.

10               MR. HOLMES:  Or you can waive that, you

11       can trust that she'll do it right and just

12       file it with the court.  It's your choice.

13               THE WITNESS:  I'm going to give her my

14       number so she can contact me.

15               (Thereupon, the deposition was concluded at

16       1:53 o'clock p.m.; reading and signing of the

17       deposition was not waived by the Deponent.)

18

19

20                        _____

21                        CELESTINE PETERKIN

22                        DATE: _____

23                        *  *  *  *  *

24

25

C E R T I F I C A T E

STATE OF FLORIDA )
                 )   SS:
COUNTY OF BREVARD)

     I, LISA B. JOHNSTON, Registered Professional
Reporter (RPR), Certified Real-Time Reporter (CRR), and
Notary Public, certify that CELESTINE PETERKIN
personally appeared before me and was duly sworn.

     I further certify that I was authorized to
and did stenographically report the deposition of
CELESTINE PETERKIN which is a true and complete record
of my stenographic notes; that a review of the
transcript was requested; the Deponent was contacted
and informed the deposition was available for review;
that if the Deponent does not exercise the right to
read and sign within the allotted time, the unsigned
deposition would be forwarded to Robert Wayne Holmes,
Esq.

     I further certify that I am not a relative,
employee, attorney, or counsel of any of the parties,
nor am I a relative or employee of any of the parties'
attorney or counsel connected with the action, nor am I
financially interested in the action.

     DATED this 23rd day of November, 2002.



LISA B. JOHNSTON
MY COMMISSION # DD 114076
EXPIRES: June 3, 2006
Bonded Thru Budget Notary Services

_____
LISA B. JOHNSTON, RPR, CRR
Court Reporter

'70s  33/13
'78  34/3
'79
'80s  33/14, 33/17
'89  9/4, 17/7, 17/8, 22/3, 34/7
'90  17/9, 17/11, 34/7
'98  9/4, 9/5
'cause  7/3, 8/23, 10/9, 11/24, 14/1, 18/8, 55/25

**0**
00  31/2, 31/3

**1**
1125  4/16
12  31/3
1957  5/8
1989  5/17

**2**
21  24/14, 24/16, 24/17, 24/20

**3**
30  5/6
3658  5/24

**4**
4  31/2

**5**
56  5/6

**6**
6

**A**
abused  28/13
add  57/22
address  4/15
affected  56/25
affects  51/6, 51/8, 51/9
affidavit  43/16
ages  16/19
alcohol  50/8
answered  36/19
answers  36/23
approached  24/1
area  33/23, 34/1, 46/5
argue  55/17
arguing  49/22
arguments  49/25
arrest  12/14
arrested  10/19, 11/2, 11/25, 12/2, 12/4, 12/7, 15/25, 17/5, 17/7, 17/8, 17/9
attend  13/20
attendance  52/21
attended  30/1, 44/10
attention  56/20
attorney  14/11, 40/24
attorneys  22/1
auto  24/9
available  53/25

**B**
baby  9/22, 9/23, 16/23, 21/5, 21/16
background  52/20
bar  53/14
barbecue  24/22
basis  30/7, 30/22
beat  48/20, 55/24
beating  28/24
bedroom  53/3
belt  55/4
Belts  48/10, 48/11
birth  5/5
bit  5/8, 10/4, 20/11, 45/16, 47/11, 48/2, 50/5
block  6/5, 6/6
born  5/8, 22/2
boy  49/16, 50/14, 50/15

boyfriend  22/11
braid  48/18
break  32/2, 32/3
breath  32/6
Briarcliff  5/24
brief  32/20, 41/12, 54/19
broke  51/2, 51/3
brother  7/12, 10/8, 11/3, 11/25, 16/3, 18/19, 19/15, 21/17, 33/4, 35/18, 36/25, 51/19, 51/25
brother's  47/22
Brothers  7/21, 7/22
brought  36/7, 52/21, 56/20
bruise  56/13, 56/14
bruises  49/4
business  24/4
busted  18/22

**C**
call  11/20, 37/11, 38/6, 42/1, 42/4, 46/11, 48/14, 52/18
calls  24/17
came  6/19, 7/2, 7/5, 10/3, 10/6, 10/13, 10/18, 11/1, 17/10, 18/11, 25/24, 26/2, 26/21, 27/19, 31/12, 33/11, 44/17
Capital  27/21
care  17/13, 19/2, 19/9, 22/16, 22/19, 41/16, 45/20
cars  24/9, 47/22
case  12/16, 12/20, 13/4, 13/8, 16/10, 17/19, 18/14, 19/20, 20/7, 21/1, 21/11, 22/13, 23/3, 23/11, 23/14, 23/20, 25/6, 27/2, 27/14, 27/24, 28/3, 34/21, 40/7, 40/10, 40/23, 42/24, 44/1
CELESTINE  4/2, 4/9
chance  14/11, 20/25, 45/9
change  58/4
charges  16/1
check  57/20
Chicago  26/21
child  9/17, 9/21, 28/13
childhood  29/14, 29/16
children  9/14, 16/7, 16/9, 16/14, 17/14, 18/4, 18/23, 19/2, 19/10, 22/15, 22/16, 22/19, 22/20, 41/17, 41/18, 42/15
choice  58/12
Chris  34/18
clarify  54/25
clean  48/2
close  6/1, 6/7, 6/8, 42/15, 42/17
Collateral  27/21
Colleen  7/18, 7/22, 7/23
Colleen's  7/19
committed  31/15
command  47/13
community  47/16, 47/17
concluded  58/15
Constance  7/24
constant  29/13
contact  10/20, 12/10, 12/19, 22/24, 25/3, 25/18, 26/18, 26/23, 42/20, 43/1, 45/13, 58/6, 58/14
contacted  27/9
continue  17/13, 18/4
conversation  47/1, 47/8
conversations  18/6, 19/20, 52/24
convicted  33/1, 47/4, 47/5
cook  30/20
correct  8/4
correctly  5/7, 8/15
county  46/5
couple  11/2, 12/9, 16/7, 25/17, 42/12
course  18/23
Court  4/11, 13/23, 13/25, 16/10, 35/24, 36/13, 39/20, 44/17, 44/23, 57/19, 58/12
courtroom  13/22, 39/20
cousin  7/18, 7/22, 7/25, 8/1, 10/10, 11/7
cousin's  11/6
covered  14/25
crime  38/20
Crosley  4/23, 5/8, 5/19, 5/20, 6/15, 8/6, 8/16, 10/3, 10/19, 14/23, 17/5, 17/6, 17/7, 25/24, 26/14, 28/9, 31/16, 32/24, 32/16, 32/25, 34/12, 40/7, 43/5, 43/24, 44/1, 44/4, 47/4, 49/14, 50/10, 50/23, 51/8, 53/1, 53/23
Crosley's  14/11, 17/19, 20/7, 27/21, 40/22, 42/23
CROSS  41/4, 52/7, 52/9, 52/10
crutches  45/5, 45/7, 46/10
cry  41/20
crying  18/22, 32/1, 32/7, 32/19
currently  4/20
cut  42/7

**D**
daddy  48/22, 50/14, 50/15, 55/4
date  5/5
day  11/3, 12/4, 25/15, 29/13, 30/9, 44/17, 44/21, 44/23, 54/16
days  10/9, 12/9, 58/7
daytime  6/22
dead  19/12
dealing  40/9
death  37/18, 38/15
deep  32/6
Degrah  9/19, 9/20, 20/21, 20/22
Degren  20/19
degree  39/5
deposition  58/15
describe  28/10, 29/14, 29/15, 29/17
determine  35/21, 37/12
determined  38/25, 39/2
DIRECT  4/5, 25/5, 34/19
disciplinarian  29/1
discipline  28/16, 29/22
disciplined  29/23
disciplining  48/8
discuss  23/14
discussed  20/9, 23/24
discussion  13/2
distance  6/9, 6/11
doctor  49/7
doesn't  21/2
Dream  26/20
drink  29/9, 49/20
drinking  50/3, 55/16
Drive  6/1
driver  30/6
driving
drug  16/1, 47/24
drunk  49/18
during  12/13, 14/8, 33/12, 33/20, 34/11, 42/20, 43/24, 44/4, 44/14, 45/12, 45/17, 49/14, 51/14, 51/15, 52/3, 52/11, 56/23

**E**
easy  6/11
eight  17/2
emotions  51/4
employed  4/20, 6/12
end  55/9, 55/13
enters  15/22
environment  29/16
equal  41/3
equally  51/9
evening  31/2
EXAMINATION  4/5, 34/19, 41/14, 55/2, 56/21
examine  52/7, 52/9
examined  4/3
examining  52/10
eye  56/1, 56/13

**F**
face  56/15
fact  39/6
family  14/23, 29/16, 31/13, 39/25, 40/6, 40/22, 42/17, 49/23, 52/20
father  28/24, 28/25, 29/6, 29/8, 29/18, 30/3, 30/5, 31/5, 31/6, 31/9, 31/14, 49/18, 50/1, 53/10, 56/24
federal  16/1
Field  6/1
fifteen  34/9, 53/3
fight  29/8
fighting  29/4, 49/12
fights  49/15
file  58/12
filed  57/18
find  32/4, 46/4, 46/16
finding  38/24
fist  55/24, 55/25, 56/1, 56/7
fit  7/1
five  15/18
Florida  4/16, 5/24
focus  32/13
follows  4/4
forty  15/17
four  10/9, 16/16, 16/17
framework  8/14
friend  24/11
funeral  50/23, 51/1
fuss  50/1, 50/2

**G**

gambled 53/16
girl 17/3
girls 49/17
glass 45/2
grandma 48/24
Green 4/24, 9/19, 15/11, 19/15, 46/13, 46/14
grew 53/1, 53/2
grow 30/6
groves 30/5, 53/10
grow 23/8
growing 28/8, 28/13, 29/15
grown 31/21
guess 25/21, 40/13
guilt 37/11, 38/5, 38/6
guilty 37/13, 38/20, 39/3

**H**

habit 47/24
habits 53/13
half 6/6, 8/16
Hamp 19/15, 19/20, 19/21
handled 40/13
hands 48/9
hang 45/24
hard 47/18, 51/11
head 14/17, 17/17, 28/17, 28/19, 31/20, 31/23, 42/16, 44/16, 50/19, 51/5, 51/7, 51/10, 51/13, 51/17, 54/2, 54/5
health 52/21, 54/6
help 8/14
helping 51/18, 51/19
hi 24/3
Hillary 22/8, 22/10
hit 55/8, 55/24, 55/25, 56/1, 56/7
hold 22/1
Holder 4/1, 6/4, 33/23, 34/1, 34/2
home 4/21, 6/12, 9/7, 9/14, 10/19, 11/1, 18/5, 27/17, 27/19, 28/9, 29/4, 30/7, 30/13, 30/17, 30/22, 31/2, 31/5, 31/6, 31/9, 31/16, 31/19, 31/25, 43/13, 49/17, 50/1, 53/19, 55/15
hose 48/21, 55/5
hot 49/6
house 6/17, 6/20, 7/3, 7/5, 7/8, 7/11, 8/11, 8/19, 8/12, 10/11, 10/12, 10/14, 11/6, 11/18, 11/24, 12/14, 20/9, 22/20, 22/24, 25/9, 25/10, 25/13, 49/12, 49/15, 53/3, 53/4
hurt 41/19, 57/1
husband 9/8, 9/21, 9/22

**I**

ideas 28/5
incarcerated 20/2
incident 5/18, 6/24, 8/12, 10/6, 10/13, 19/24
incidents 56/23, 56/25
incorrectly 57/21
indicated 42/19, 48/7, 49/11
indicating 56/13
information 20/12, 46/17, 52/19
interest 40/17
interview 53/22
investigators 26/19, 26/20, 27/9

**J**

jail 12/18, 12/22, 13/2, 45/24, 46/5, 46/7, 46/8, 46/11, 46/12
jailhouse 35/23
Jerome 23/15, 23/17
Jesus 9/4
job 52/1
Juanita 4/9, 46/7
Jump 24/14, 24/16, 24/20, 24/21
jury 37/17, 37/16, 38/24

**K**

kids 16/20, 16/21, 17/10, 18/21, 19/12, 29/25, 31/24, 42/8, 42/13, 45/21, 45/22, 46/22
kill 45/25
killed 25/25, 26/4, 31/14, 33/5
kitchen 30/20
Kleenex 32/4
knowledge 47/12
knows 47/13

**L**

lady 27/8, 27/10, 36/12, 57/12
Lane 24/5, 25/6
later 56/4
Lavera 9/24, 9/25, 21/4, 21/9, 21/10
lawyer 43/22
lawyers 43/21
Layman 24/5, 24/6, 24/7, 24/8, 24/9, 25/6, 25/7, 25/12, 25/18, 47/18
Layman's 47/15
lead 40/9
leaders 40/22
leading 14/10
leave 49/4
left 15/2
letters 17/23
lie 18/19, 26/6, 46/15
life 37/18
line 57/23
listed 27/20, 28/2, 28/3
little 5/8, 10/4, 16/20, 16/21, 20/11, 21/17, 45/1, 45/16, 47/11, 48/2, 48/14, 48/15, 49/7, 50/5, 55/23
live 17/4, 17/10, 18/4, 33/19
lived 33/11, 33/25, 34/2, 34/4, 34/8
living 4/17, 5/23, 9/6, 9/14, 9/17, 9/20, 9/25, 10/7, 28/8, 31/16, 31/19, 31/25, 32/14, 33/22, 35/18, 36/25, 47/13
locked 19/22, 20/1, 42/2, 45/15
Lonny 22/8, 22/10, 22/12, 22/25, 23/1
Lord 9/4
Lori 23/5, 23/7
loved 29/18
loving 29/16
lying 52/6

**M**

mark 56/12
married 31/22
mechanic 24/10, 47/18, 47/23
meet 14/11, 14/12, 14/16, 27/11, 27/18
meeting 15/4, 15/5
mentioned 11/8
met 15/6, 34/22
Mims 5/24, 7/15, 7/17, 10/9, 10/10, 11/4, 11/15, 11/24, 23/9, 24/25, 25/3, 30/21, 44/5, 44/6
mind 37/25
mitigation 52/19
mixed 20/19
Mmm 5/22, 6/10, 8/5, 9/12, 10/2, 10/5, 10/17, 11/9, 11/14, 11/16, 15/12, 16/5, 16/18, 16/25, 17/12, 17/15, 18/25, 19/7, 19/11, 19/16, 19/25, 20/5, 21/7, 21/20, 22/6, 22/9, 22/17, 23/6, 26/1, 26/22, 27/7, 27/15, 27/16, 27/23, 29/2, 29/21, 30/2, 30/12, 30/23, 31/8, 31/11, 33/15, 33/21, 33/24, 35/1, 36/14, 36/16, 37/8, 37/14, 37/19, 38/23, 39/4, 39/8, 39/10, 39/14, 41/1, 41/7, 41/11, 41/22, 41/25, 42/9, 42/14, 42/22, 42/25, 43/3, 43/23, 44/3, 44/9, 45/3, 45/6, 45/22, 46/3, 46/20, 47/10, 47/14, 49/13, 50/7, 50/9, 50/16, 50/24, 53/24, 54/15, 54/17, 55/6, 55/14, 55/18, 57/17
mom 30/16, 31/1, 50/11
mom's 53/13, 56/14
mouth 22/4, 9/1
months 11/2
morning 6/23, 6/25, 7/1, 30/11
mother 18/5, 28/20, 29/1, 29/18, 31/14, 33/5, 50/2, 55/16, 56/24
move 32/9, 34/5
moved 34/3, 34/5, 34/6, 44/5
MR. HOLMES 4/6, 15/3, 15/23, 25/4, 32/11, 32/12, 32/23, 33/18, 34/16, 54/23, 56/18, 57/9, 57/12, 57/18, 57/25, 58/3, 58/6
Mr. Parker 14/12, 15/6, 34/23, 36/10, 39/24, 40/6, 40/9, 51/15, 52/1, 52/2, 52/17, 52/24, 53/1, 53/2
Mr. White 15/2, 15/22, 24/22, 33/15, 34/20, 41/9, 52/14, 54/25, 55/3, 56/17, 57/7, 57/11
MS. GAYLORD 32/6, 32/8, 41/15, 54/21, 56/19, 56/22, 57/6
mulberry 48/16, 48/17
murder 39/5, 43/24
Murray 23/15

**N**

name 4/7, 4/10, 4/13, 7/20, 7/23, 8/3, 20/19, 22/7, 27/10, 43/22
Nan 27/10
nature 43/21, 53/10
need 12/3, 32/2, 32/3, 52/3, 52/4, 52/13
needed 29/22

**New** 32/14, 32/15, 32/25, 33/10, 50/17
newspaper 26/11
nickname 7/23
night 30/10, 31/3
nights 8/25, 30/24, 30/25
Nighttime 6/22
nine 17/3, 21/22, 22/4
nods 14/17, 17/17, 31/23, 42/16, 50/19, 51/5, 51/7, 51/10, 51/13, 51/17, 54/2
normally 44/8
number 5/14, 58/5, 58/14

**O**

O'Connor 16/3, 24/18, 24/20, 24/24
O'Connor's 24/11
office 14/15, 34/24, 34/25
officer 20/9
old 21/21
older 5/12, 8/2, 8/3, 19/17, 28/9
oldest 5/3, 5/4, 17/3, 39/6, 39/9, 40/20
opportunities 20/6
opportunity 17/18
Orlando 18/9

**P**

paper 25/21, 26/5, 27/14
parents 28/11, 29/3, 48/7, 49/12, 50/18, 52/25
Park 32/23, 34/1, 34/2
Parker 51/15
parole 18/3, 18/7, 33/11
part 35/21, 37/15, 37/16, 38/6, 47/7, 52/18
parts 38/1, 38/5
passed 11/19, 19/12, 44/2
pause 32/20, 41/12, 54/19
penalty 14/6, 14/9, 38/6, 38/15, 39/1
pending 12/17, 12/20, 16/10
performance 51/20
period 12/5, 12/6, 43/1, 43/25, 44/4, 44/14
PETERKIN 4/2, 4/9
phase 14/5, 14/6, 14/7, 14/8, 37/11, 38/6, 52/19
phases 37/10, 38/4
phone 12/19, 12/25, 17/23, 42/5, 58/5
phonetic 25/2
phrasing 38/12
physical 55/23
physically 29/4
picking 49/1
place 5/21, 23/8, 24/22
points 36/11
police 5/20, 6/17, 6/19, 10/13, 10/18, 10/24, 11/17, 11/19, 12/13, 43/25, 44/2
Pollyanna 4/16
preparing 40/7
pretty 30/8, 33/25, 37/7, 42/17
prison 8/16, 8/17, 8/20, 8/24, 10/3, 17/16, 18/3, 19/8, 20/4, 33/2, 33/10, 33/21, 34/15
problem 49/19
problems 54/6
proceedings 32/21, 41/13, 51/14, 54/20
projects 24/23
prove 38/19
push 50/3, 55/17, 55/19, 55/20, 55/21
pushing 56/24
put 8/14, 36/1, 48/9, 53/1

**Q**

question 56/20
questioning 53/21
questions 34/17, 35/18, 36/9, 36/19, 36/22, 41/10, 53/7, 53/9, 53/12, 53/19, 53/22, 54/22
quick 50/21

**R**

Rains 23/5
raise 29/19
raised 39/25
ran 55/10, 55/13
range 16/19
reaction 50/25
read 26/11, 27/14, 57/19
reason 7/10, 49/25
recall 5/18, 8/17, 8/23, 9/3, 9/5, 12/10, 12/15, 13/1, 19/23, 35/12, 38/10, 39/17, 39/23, 40/2, 40/3, 42/5, 42/6, 50/23, 52/23, 53/11, 53/20, 57/4
recommendation 37/17
record 4/8
RECROSS 56/21
REDIRECT 55/2

reference 5/20
regular 30/7, 30/22
related 33/2
relation 4/23, 6/24, 26/13
relationship 28/11, 50/10
relationships 28/11
released 18/2, 18/7, 33/11
remember 8/10, 8/23, 9/1, 12/23, 13/6, 13/7, 14/6, 14/19, 14/24, 15/5, 16/6, 16/19, 17/5, 31/17, 31/24, 32/16, 32/24, 34/1, 35/2, 35/13, 35/15, 35/20, 35/23, 36/17, 36/22, 37/4, 37/9, 37/20, 37/21, 37/25, 38/2, 38/18, 39/11, 49/1, 52/10, 57/3
Reporter 4/11
Representative 27/22
reputation 47/15
residence 4/15, 5/25
response 49/24
restaurant 30/20
review 57/19, 58/8
ride 10/23, 26/14
rightie 54/18
robbery 33/2, 33/3
role 40/9, 41/2
room 15/2, 15/22, 36/1, 36/2, 36/3, 36/4, 36/5, 36/6, 36/7
Rosemary 56/25

### S

Sanford 42/11, 45/16
saw 11/3, 11/15, 12/2, 33/7, 34/25, 56/4, 56/12
school 30/1, 52/21
search 7/3, 7/4, 7/7
searching 7/11
Second 5/3, 5/4, 35/21, 37/15, 52/18
seeking 38/15
sentence 35/22, 37/17
sentenced 17/16
separated 41/18
set 36/5
setting 28/10
seventy 22/2
severe 28/15
shakes 28/17, 28/19, 31/20, 44/16, 54/5
sheet 57/22
Sheila 15/11, 17/16, 17/19, 44/13, 46/9, 46/12, 46/13, 46/14, 46/21, 52/5
Shirley 8/3, 39/7, 40/14, 40/19
shoes 48/24, 49/2
shooting 5/21
sibling 4/18
siblings 5/15, 28/18
Sister 4/25, 5/1, 5/2, 5/11, 8/3, 9/8, 9/15, 9/17, 9/22, 9/23, 11/23, 15/13, 20/18, 21/6, 21/8, 22/11, 39/7, 39/9, 40/19, 43/13, 44/13, 45/4, 45/23, 46/8, 46/9
sister's 41/17
sisters 15/11, 28/9
sit 13/22, 52/25
six 15/17, 15/18, 17/2
sixteen 34/9
smokes 48/1
someplace 27/18
spank 48/8, 48/11
spankings 28/20, 49/4
spell 4/10
spelling 4/13, 25/2
Sprools 25/1
standing 44/25
start 18/22, 26/8, 28/12, 43/8
state 4/7
stay 8/6, 8/11, 8/19, 8/22, 8/25, 18/8, 24/20, 24/24, 25/3, 33/12, 34/12, 37/23
stayed 8/8, 10/4, 10/5, 24/18, 37/22
staying 7/13, 7/15, 7/16, 9/2, 9/10, 11/10, 16/10
stop 25/15
stopped 49/21
Street 24/14, 24/16, 24/20, 24/21
stress 54/12
striking 29/5
stuff 20/10, 40/1, 40/10
subject 32/9
suicide 31/15
surrounded 6/17
suspected 6/16
switch 48/14, 48/15
switches 48/17
swollen 56/1
sworn 4/3
swung 48/22, 55/4, 55/7

### T

talk 10/22, 11/11, 13/10, 14/12, 14/18, 17/18, 17/21, 18/13, 18/14, 20/25, 21/2, 21/13, 22/25, 23/1, 23/25, 25/6, 26/24, 27/1, 27/11, 27/13, 35/6, 39/24, 40/16, 42/1, 44/1, 44/22
talked 12/18, 13/4, 13/16, 14/20, 18/16, 20/7, 21/10, 21/12, 22/12, 23/2, 23/10, 23/19, 24/1, 25/8, 27/24, 27/25, 35/10, 38/2, 40/13, 40/14, 44/21, 51/15, 52/16, 52/17, 55/15
talking 5/19, 12/4, 13/6, 13/7, 14/19, 22/3, 26/8, 35/20, 38/16, 40/10, 43/24, 47/19
Team 26/20
tears 51/4
teenager 21/24
teens 16/20
ten 15/19, 17/3
Terry 25/1, 25/3
testified 4/4, 14/4, 17/19, 36/15, 36/17, 39/11, 39/13, 45/14, 46/6, 52/6
testify 14/2, 28/6, 35/11, 36/8, 39/19
testifying 39/23, 44/14
testimony 14/24, 39/6
Thank 32/5, 41/8, 56/18
THEREUPON 4/1, 15/2, 15/22, 32/20, 41/12, 54/9, 58/15
Thirteen 4/19, 22/3
thirty 15/18
threaten 45/18
threatened 46/22
three 10/9, 16/24, 17/1, 41/23, 41/25
time 5/23, 6/13, 6/18, 6/23, 7/14, 8/19, 9/7, 9/11, 9/16, 10/1, 10/6, 10/12, 10/23, 12/5, 12/6, 12/13, 12/17, 15/25, 16/20, 19/1, 19/23, 20/3, 28/3, 31/1, 31/12, 31/16, 31/19, 31/22, 31/23, 32/15, 32/25, 33/5, 33/12, 33/14, 33/20, 33/23, 34/10, 34/11, 34/12, 37/22, 41/16, 42/6, 42/19, 43/1, 43/25, 44/4, 44/11, 45/12, 47/5, 47/20, 48/9, 48/22, 50/17, 52/12, 54/3, 54/8, 54/14, 56/12, 56/14, 56/16, 56/23
timeframe 5/18
times 15/6, 35/2, 42/12
Titusville 4/16
town 23/9
tractor 30/6
tragedy 31/13
transcript 25/20, 39/22, 57/15
trial 12/17, 12/21, 13/14, 13/20, 14/3, 14/5, 14/7, 14/8, 14/10, 14/13, 14/14, 14/24, 15/25, 22/23, 23/22, 34/12, 35/7, 35/21, 35/24, 37/6, 37/10, 37/15, 37/16, 38/2, 38/7, 38/14, 40/8, 42/21, 44/10, 44/14, 47/2, 47/3, 51/14, 51/15, 51/16, 52/3, 53/25, 54/9, 54/24
track 25/14, 25/15, 25/16
true 36/20
trust 58/11
truth 43/6, 43/7, 43/9, 43/12, 43/14
turn 12/3
twelve 18/21, 22/4
twenty 21/22, 22/4
two 9/16, 16/24, 17/1, 37/10, 38/1, 38/4, 38/5, 53/3, 55/1
type 21/13, 22/23, 30/4, 30/14, 30/19, 43/8, 52/15
typewritten 57/15
typing 36/12

### U

um 17/24, 18/18, 18/20, 19/21, 28/4, 28/14, 35/14, 40/4, 40/13, 53/5, 53/8, 53/17, 56/11, 57/5
upset 41/19

### V

Verbal 49/25
version 57/15
violence 53/19
visit 12/22, 18/11, 22/20, 45/16
visited 12/18, 45/16
visits 45/17

### W

waive 58/10
Walking 6/9, 6/11
warrant 7/4
watch 13/23
water 48/21
Webb 27/10
week 9/1
weekends 30/14
welts 49/4
whip 49/7

whipped 28/24
whoo 55/9
witness 13/19, 14/1, 14/17, 17/17, 24/24, 25/3, 25/19, 27/20, 28/2, 28/3, 28/17, 28/19, 31/20, 31/23, 32/1, 32/7, 32/19, 32/22, 33/16, 35/7, 35/9, 35/16, 36/11, 37/22, 41/11, 42/16, 44/15, 44/16, 44/25, 50/19, 51/5, 51/7, 51/10, 51/13, 51/17, 52/15, 54/2, 54/5, 57/17, 57/24, 58/2, 58/9, 58/13
witnesses 13/13, 47/12
wondering 25/12
word 5/19
work 24/9, 30/3, 30/4, 30/16, 30/19, 30/20, 30/24, 30/25, 31/1, 47/18, 47/21, 53/13, 57/20, 58/4
worked 30/5, 43/21
working 31/7, 31/10, 53/10, 54/3
works 30/18
write 17/24
writing 18/1
wrong 25/14
wrote 43/22

### Y

year 8/15
years 4/19, 15/15, 15/19, 18/21, 20/4, 22/3, 25/18, 34/9
York 15/21, 32/25, 33/10, 50/17
young 15/14, 21/19
Younger 5/1, 5/9, 5/14, 15/13, 15/15, 15/19, 19/17, 19/18, 20/23, 20/24, 21/6, 28/9
youngest 21/5, 40/20, 41/23