UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CROSLEY ALEXANDER GREEN,

       Petitioner,

v.                                           CASE NO. 6:14-cv-330-Orl-37DAB

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

       Respondents.
_____/

**ORDER**

This cause is before the Court on the Order (Doc. 41) entered by the Eleventh Circuit Court of Appeals on December 19, 2017. Petitioner filed an Amended Petition for Writ of Habeas Corpus ("Amended Petition," Doc. 10) pursuant to 28 U.S.C. § 2254. The Court entered an Order (Doc. 37) on January 20, 2016, dismissing the case as time-barred. Petitioner appealed, and the Eleventh Circuit Court of Appeals ("Eleventh Circuit") entered an opinion reversing this Court's "dismissal of Mr. Green's § 2254 petition as time-barred and remand[ing the case] for further proceedings." (Doc. 41 at 10).

Respondents did not address the merits of Petitioner's claims in its initial Response to Petition (Doc. 21). As a result, Respondents must file a Supplemental Response to Petition ("Supplemental Response") addressing the merits of Petitioner's claims.[1]

---

[1] Respondents may raise procedural defenses as applicable. Further, as the Appendix is quite lengthy, Respondents should ensure that any references in the Supplement Response to the Appendix contain a specific citation to the Doc. Number and page of the Appendix. For example, if there is a reference to a document in Exhibit A of the Appendix, the citation should state that the document is at Doc. X, page X.

Accordingly, it is **ORDERED** as follows:

1. The Clerk of the Court is directed to reopen this case.

2. Within forty-five (45) days from the date of this Order, Respondents shall file a Supplemental Response addressing the merits of Petitioner's claims raised in the Amended Petition.

3. After Respondents file the Supplemental Response, the Court will enter an Order allowing Petitioner to file a reply.

**DONE** and **ORDERED** in Orlando, Florida on January 2, 2018.



ROY B. DALTON JR.
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party
OrlP-2 1/2