UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CROSLEY ALEXANDER GREEN,

    Petitioner,

v.                                              CASE NO. 6:14-cv-330-Orl-37DAB

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.
_____/

### ORDER

This cause is before the Court on Respondents' Motion for Reconsideration/Motion to Hold Abeyance (Doc. 44). However, Respondents failed to include a certification pursuant to Local Rule 3.01(g).

Accordingly, it is **ORDERED** that Respondents' Motion for Reconsideration/Motion to Hold Abeyance (Doc. 44) is **DENIED** without prejudice.

**DONE** and **ORDERED** in Orlando, Florida on January 9th, 2018.

ROY B. DALTON JR.
United States District Judge

Copies furnished to:

Counsel of Record

Unrepresented Party
OrlP-2 1/9