UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CROSLEY ALEXANDER GREEN,

      Petitioner,

v.                                                   CASE NO. 6:14-cv-330-Orl-37TBS

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

      Respondents.
_____/

## ORDER

This cause is before the Court on Respondents' Motion for Reconsideration/Motion to Hold Abeyance (Doc. 46). Respondents assert that they have a Motion for Panel Rehearing currently pending with the Eleventh Circuit Court of Appeals. As a result, they request that the Court hold in abeyance the Order of January 2, 2018 (Doc. 42), which requires them to file a Supplemental Response to Petition. Specifically, they request that the Order of January 2, 2018, be held in abeyance until the Motion for Panel Rehearing has been ruled upon by the Eleventh Circuit Court of Appeals. While it is represented that Petitioner objects to the requested relief, Petitioner did not file a reply to the motion.

Accordingly, it is **ORDERED** that as follows:

1.    Respondents' Motion for Reconsideration/Motion to Hold Abeyance (Doc. 44) is **GRANTED**.

2.  The Court's Order of January 2, 2018 (Doc. 42), is abated until Respondents' Motion for Panel Rehearing has been ruled upon by the Eleventh Circuit Court of Appeals. Upon a ruling being entered by the Eleventh Circuit Court of Appeals on the Motion for Panel Rehearing, the parties shall immediately inform the Court in writing. The Court will then enter an Order directing the parties to comply with the dictates of the January 2, 2018, Order.

**DONE** and **ORDERED** in Orlando, Florida on January 25th, 2018.



ROY B. DALTON JR.
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party
OrlP-2 1/25