**IN the UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**


**CROSLEY ALEXANDER GREEN,**

      Petitioner,

v.                                                                                 CASE NO.   6:14-cv-00330-Orl-37RBD-TBS

**SECRETARY, DEPARTMENT OF**
**CORRECTIONS**, et al.,

      Respondents.

_____


## <u>MOTION TO WITHDRAW APPEARANCE OF VINCENT GALLUZZO</u>


Keith J. Harrison
Jeane A. Thomas
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004-2592
(202) 624-2500 (telephone)
(202) 628-5116 (facsimile)
kharrison@crowell.com
*Admitted Pro Hac Vice*

Robert T. Rhoad
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006-6801
(202) 747-1918 (telephone)
(202) 747-3918 (facsimile)
rrhoad@sheppardmullin.com
*Admitted Pro Hac Vice*

Mark E. Olive
Fl. Bar No. 0578533
Law Offices Of Mark E. Olive, P.A.
320 West Jefferson Street
Tallahassee, FL 32301
(850) 224-0004
Meolive@aol.com
*Local Counsel of Record*

## MOTION TO WITHDRAW APPEARANCE OF VINCENT GALLUZZO

This Court sent a Notice to Counsel (Doc. 58) on April 24, 2018 with instructions to

Vincent Galluzzo regarding Special Admission to the Court.  The name of Vincent Galluzzo

appeared on Petitioner Crosley Green's Reply in Support of His Habeas Petition, filed April 23,

2018, due to a clerical error.  For the aforementioned reason, and pursuant to Rule 2.03 of the

United States District Court for the Middle District of Florida Rules, Petitioner Crosley Green,

by and through counsel, hereby respectfully requests that the Court withdraw the unintentional

appearance of Vincent Galluzzo from the instant case.

Respectfully submitted:

**s/ Keith Harrison**
Keith J. Harrison
Jeane A. Thomas
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004-2592
(202) 624-2500 (telephone)
(202) 628-5116 (facsimile)
kharrison@crowell.com
*Admitted Pro Hac Vice*

Robert T. Rhoad
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006-6801
(202) 747-1918 (telephone)
(202) 747-3918 (facsimile)
rrhoad@sheppardmullin.com
*Admitted Pro Hac Vice*

Mark E. Olive
Fl. Bar No. 0578533
Law Offices Of Mark E. Olive, P.A.
320 West Jefferson Street
Tallahassee, FL 32301
(850) 224-0004
Meolive@aol.com
*Local Counsel of Record*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 7, 2018 the foregoing was filed using the CM/ECF system, which will send an electronic notice of the filing to Kellie Nielan, Assistant Attorney General, 444 Seabreeze Boulevard, 5th Floor, Daytona Beach, Florida 32118, crimappdab@myfloridalegal.com.

**<u>s/ Keith Harrison</u>**
Keith J. Harrison
Jeane A. Thomas
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004-2592
(202) 624-2500 (telephone)
(202) 628-5116 (facsimile)
kharrison@crowell.com
*Admitted Pro Hac Vice*

Robert T. Rhoad
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006-6801
(202) 747-1918 (telephone)
(202) 747-3918 (facsimile)
rrhoad@sheppardmullin.com
*Admitted Pro Hac Vice*

Mark E. Olive
Fl. Bar No. 0578533
Law Offices Of Mark E. Olive, P.A.
320 West Jefferson Street
Tallahassee, FL 32301
(850) 224-0004
Meolive@aol.com
*Local Counsel of Record*
