UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CROSLEY ALEXANDER GREEN,

    Petitioner,

v.                                              Case No. 6:14-cv-330-Orl-37TBS

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,
_____/

SUPPLEMENTAL APPENDIX

CONTAINING MASTER INDEX TO RECORD ON APPEAL

AND EVIDENCE REFLECTING BATES NUMBERING OF PAGES

                                              PAMELA JO BONDI
                                              ATTORNEY GENERAL

                                              KELLIE A. NIELAN
                                              ASSISTANT ATTORNEY GENERAL
                                              Fla. Bar #0618550
                                              444 Seabreeze Boulevard
                                              5th Floor
                                              Daytona Beach, FL 32118
                                              (386) 238-4990/FAX(386) 238-4997
                                              crimappdab@myfloridalegal.com

                                              COUNSEL FOR RESPONDENTS

| THE CIRCUIT COURT, EIGHTEENTH JUDICIAL CIRCUIT, BREVARD COUNTY, FLORIDA<br>☒ IN THE SUPREME COURT OF APPEALS, STATE OF FLORIDA | APPEAL CASE NUMBER<br>SC05-2265 |
|---|---|
| DIVISION<br>☐ CIVIL<br>☒ CRIMINAL<br>☐ JUVENILE<br>☐ TRAFFIC | MASTER INDEX TO RECORD ON APPEAL<br>LOWER COURT CASE NO. 05-1989-CF-4942-AXXX-XX<br>LOWER COURT CASE NO. _____ | BAR CODE LABEL |
| APPELLANT<br>CROSLEY A GREEN<br><br>APPELLEE<br>STATE OF FLORIDA | CLOCK IN<br><br>RECEIVED<br>APR 06 2006<br>ATTORNEY GENERAL'S OFFICE<br>DAYTONA BEACH, FLORIDA |

| DATE OF FILING | INSTRUMENTS | PAGES |
|---|---|---|
| | **VOLUME I**<br>TRANSCRIPT OF HEARING 3-21-01 BJ<br>TRANSCRIPT OF STATUS HEARING 7-10-01 BJ<br>TRANSCRIPT OF PROCEEDINGS 4-24/25-03 BJ | 1-31<br>32-55<br>56-141 |
| | **VOLUME II**<br>TRANSCRIPT OF PROCEEDINGS 10/28-29/03 BJ VOL 1 | 142-337 |
| | **VOLUME III**<br>TRANSCRIPT OF PROCEEDINGS 10/28-29/03 BJ VOL 2<br>TRANSCRIPT OF HEARING 1-28-04 BJ | 338-518<br>519-529 |
| | **VOLUME IV**<br>TRANSCRIPT OF EVID HRG 2/24-26/04 BJ VOL 1 | 530-729 |
| | **VOLUME V**<br>TRANSCRIPT OF EVID HRG 2/24-26/04 BJ VOL 2 | 730-929 |
| | **VOLUME VI**<br>TRANSCRIPT OF EVID HRG 2/24-26/04 BJ VOL 3 | 930-1007 |
| | **VOLUME VII**<br>TRANSCRIPT OF EVID HRG 6/24-25/04 BJ VOL 1 | 1008-1207 |
| | **VOLUME VIII**<br>TRANSCRIPT OF EVID HRG 6/24-25/04 BJ VOL 2 | 1208-1280 |
| | **VOLUME IX**<br>TRANSCRIPT OF EVID HRG 10-4-04 BJ VOL 1 | 1281-1447 |

LAW 323
Rev. 10/2005

| LOWER COURT CASE NUMBER<br>05-1989-CF-4942-AXXX-XX | INDEX TO RECORD ON APPEAL<br><br>PAGE 2 | APPEAL CASE NUMBER<br><br>SC05-2265 |
|---|---|---|

| DATE OF FILING | INSTRUMENTS | PAGES |
|---|---|---|
| | **VOLUME X** | |
| | TRANSCRIPT OF PROCEEDINGS 9-13-05 BJ | 1448-1486 |
| 041089 | AFFIDAVIT FOR ARREST WARRANT | 1487-1492 |
| 041089 | WARRANT FOR ARREST JM 4-6-89 | 1493 |
| 041289 | AFFIDAVIT FOR SEARCH WARRANT | 1494-1501 |
| 041289 | SEARCH WARRANT JM 4-6-89 | 1502-1505 |
| 060989 | ARREST FORM | 1506 |
| 060989 | ARREST FORM | 1507 |
| 060989 | BOOKING OFFICERS CERTIFICATE | 1508 |
| 062089 | INDICTMENT | 1509-1511 |
| 062289 | ARREST FORM | 1512 |
| 062289 | BOOKING OFFICERS CERTIFICATE | 1513 |
| 070689 | CAPIAS JM 6-20-89 | 1514 |
| 020891 | CRIMINAL SCORESHEET JA 2-8-91 | 1515-1516 |
| 020891 | COURT MINUTES | 1517-1518 |
| 020891 | JUDGMENT AND SENTENCE JA 2-8-91 | 1519-1529 |
| 020891 | JUDGMENT AND SENTENCE/MINUTES JA 2-8-91 | 1530-1536 |
| 100394 | SUPREME COURT MANDATE #77,402 | 1537 |
| 100394 | SUPREME COURT ORDER #77,402 | 1538 |
| 111798 | NOTICE TO APPEAR HEARING TR 11-17-98 | 1539-1540 |
| 121098 | COURT MINUTES | 1541-1542 |
| | **VOLUME XI** | |
| 121798 | NOTICE OF IN CAMERA SUBMISSION | 1543-1552 |
| 121898 | ORDER ON 12/10/98 STATUS CONFERENCE TR 12-14-98 | 1553-1555 |
| 011999 | INVENTORY OF DOCUMENTS SUBMITTED FOR IN CAMERA REVIEW | 1556-1562 |
| 012999 | NOTICE TO APPEAR FOR HEARING TR 1-28-99 | 1563-1564 |
| 012700 | ANSWER TO MOTION TO AUTHORIZE DEPOSITIONS | 1565-1569 |
| 021400 | MOTION TO RELEASE EVIDENCE FOR THE PURPOSE OF BALLISTICS TESTING | 1570-1572 |
| 021400 | RESPONSE TO ORDER FOR MORE LEGIBLE COPY | 1573-1574 |
| 030200 | ORDER ON 2/28/2000 STATUS CONFERNCE BJ 3-2-00 | 1575-1577 |
| 031500 | COURT MINUTES | 1578-1579 |
| 071400 | MOTION TO PERMIT TELEPHONIC PARTICIPATION BY DEF | 1580-1581 |
| 071400 | COURT MINUTES | 1582-1583 |
| 071800 | ORDER ON 07/14/2000 STATUS CONFERNCE, GRANTING MOTION TO PERMIT TELEPHONIC PARTICIPATION BY DEF AND RELEASING DOCUMENT BJ 7-17-00 | 1584-1587 |
| 091500 | NOTICE TO APPEAR AT STATUS CONFERENCE BJ 9-13-00 | 1588-1589 |
| 100400 | COURT MINUTES | 1590-1591 |
| 100500 | ORDER ON 10/4/2000 STATUS CONFERENCE, NOTICE OF PUBLIC RECORD HEARING BJ 10-5-00 | 1592-1594 |
| 112000 | COURT MINUTES | 1595-1596 |

LAW 323
Rev. 10/2005

| LOWER COURT CASE NUMBER<br>05-1989-CF-4942-AXXX-XX | INDEX TO RECORD ON APPEAL<br>PAGE 3 | APPEAL CASE NUMBER<br>SC05-2265 |
|---|---|---|

| DATE OF FILING | INSTRUMENTS | PAGES |
|---|---|---|
| 012901 | ORDER BJ 1-24-01 | 1597-1598 |
| 032001 | MOTION TO COMPEL OR TO AUTHORIZE ISSUANCE OF SUBPOENAS DUCES TECUM | 1599-1601 |
| 032101 | COURT MINUTES | 1602-1603 |
| 032601 | ORDER ON 03/21/2001 STATUS CONFERENCE AND NOTICE OF 05/08/2001 STATUS CONFERENCE BJ 3-23-01 | 1604-1607 |
| 033001 | ORDER FOR FDLE TO PROVIDE MEMO OF LAW AS TO CLAIMED EXEMPT DOCUMENTS BJ 3-29-01 | 1608-1610 |
| 042301 | MEMO OF LAW AS TO CLAIMED EXEMPT DOCUMENTS | 1611-1633 |
| 042701 | DEFS MEMO OF LAW AS TO CLAIMED EXEMPT DOCUMENTS | 1634-1638 |
| 050801 | COURT MINUTES | 1639-1640 |
| 051001 | ORDER BJ 5-9-01 | 1641-1642 |
| 061501 | NOTICE TO APPEAR AT STATUS CONFERENCE BJ 6-15-01 | 1643-1644 |
| 071001 | ORDER DIRECTING FDLE TO PROVIDE ADDITIONAL INFO FOR IN CAMERA REVIEW BJ 7-9-01 | 1645-1647 |
| 071001 | COURT MINUTES | 1648-1649 |
| 071201 | ORDER ON 07/10/2001 STATUS CONFERENCE BJ 7-11-01 | 1650-1651 |
| 071201 | NOTICE TO APPEAR AT STATUS CONFERENCE BJ 7-11-01 | 1652-1653 |
| 072401 | FDLE'S RESPONSE TO COURT'S ORDER TO PROVIDE ADDITIONAL INFORMATION | 1654-1655 |
| 073001 | DISCLOSURE OF EXPERT WITNESS | 1656-1657 |
| 082301 | ORDER AUTHORIZING RELEASE OF RECORDS BJ 8-22-01 | 1658 |
| 083001 | MOTION FOR ENLARGMENT OF TIME TO TAKE DEPOS | 1659-1660 |
| 090501 | ORDER ON ENLARG OF TIME TO TAKE DEPOS BJ 9-5-01 | 1661 |
| 092501 | COURT MINUTES | 1662-1663 |
| 100901 | CASE ASSIGNMENT BJ 10-8-01 | 1664 |
| 101801 | ORDER ON FLORIDA DEPARTMENT OF LAW ENFORCEMENT (FDLE) DOCUMENTS SUBMITTED FOR IN CAMERA INSPECTION BJ 10-17-01 | 1665-1670 |
| 111301 | DEPOSITION OF T CURTIS 10-30-01 W/ATCHD EXHIBIT | 1671-1686 |
| | VOLUME XII | |
| 111301 | DEPOSITION OF JOHN R PARKER 10-30-01 | 1687-1786 |
| 111501 | COURT MINUTES | 1787-1788 |
| 112001 | NOTICE TO APPEAR AT STATUS CONFER BJ 11-19-01 | 1789-1790 |
| | VOLUME XIII | |
| 113001 | MOTION TO VACATE JUDGMENT OF CONVICTION AND SENTENCE (AS AMENDED) WITH SPECIAL REQUEST FOR LEAVE TO AMEND | 1791-1946 |
| | VOLUME XIV | |
| 113001 | APPENDIX MOTION TO VACATE JUDGMENT OF CONVICTION AND SENTENCE (AS AMENDED) WITH SPECIAL REQUEST | 1947-2215 |

LAW 323
Rev. 10/2005

| LOWER COURT CASE NUMBER<br>05-1989-CF-4942-AXXX-XX | INDEX TO RECORD ON APPEAL<br>PAGE 4 | APPEAL CASE NUMBER<br>SC05-2265 |
|---|---|---|
| DATE OF FILING | INSTRUMENTS | PAGES |
| | FOR LEAVE TO AMEND VOLUME 1 | |
| 113001 | VOLUME XV<br>APPENDIX MOTION TO VACATE JUDGMENT OF CONVICTION AND SENTENCE (AS AMENDED) WITH SPECIAL REQUEST FOR LEAVE TO AMEND VOLUME 2 | 2216-2350 |
| 113001 | VOLUME XVI<br>CONTINUED APPENDIX MOTION TO VACATE JUDGMENT OF CONVICTION AND SENTENCE (AS AMENDED) WITH SPECIAL REQUEST FOR ELAVE TO AMEND VOLUME 2 APPENDIX Q | 2351-2686 |
| 120601 | VOLUME XVII<br>DEF'S MOTION TO DISQUALIFY THE OFFICE OF THE STATE ATTORNEY FOR THE EIGHTEENTH JUDICIAL CIRCU | 2687-2693 |
| 120601 | MOTION TO INTERVIEW JURORS | 2694-2696 |
| 022502 | ANSWER TO MOTION TO INTERVIEW WITNESS | 2697-2704 |
| 022502 | ANSWER TO MOTION TO DISQUALIFY OFFICE OF STATE ATTORNEY FOR THE EIGHTEENTH JUDICIAL CIRCUIT | 2705-2709 |
| 030102 | ANSWER TO MOTION TO VACATE JUDGMENT OF CONVICT AND SENTENCE (AS AMENDED) WITH SPECIAL REQUEST FOR LEAVE TO AMEND AND AN EVIDENTIARY HEARING | 2710-2815 |
| 030102 | COURT MINUTES | 2816-2817 |
| 031502 | NOTICE TO APPEAR AT STATUS CONFERENCE BJ 3-14 | 2818-2819 |
| 040502 | ORDER TO TRANSPORT BJ 4-5-02 | 2820-2822 |
| 040502 | COURT MINUTES | 2823-2824 |
| 041002 | ORDER ON DEFS MOTION TO DISQUALIFY THE OFFICE OF THE STATE ATTORNEY FOR THE EIGHTEENTH JUDICIA CIRCUIT BJ 4-10-02 | 2825-2828 |
| 050902 | ARREST FORM | 2829 |
| 050902 | BOOKING OFFICERS CERTIFICATE | 2830 |
| 050902 | DEFENDANT ADVISEMENT FORM | 2831 |
| 050902 | COURT MINUTES/ORDER GT 5-9-02 | 2832-2833 |
| 051302 | COURT MINUTES | 2834-2835 |
| 051602 | NOTICE OF SUPPLEMENTAL AUTHORITY AND REQUEST TO FILE WRITTEN ARGUMENT | 2836-2861 |
| 052002 | RESPONSE TO THE STATE OF FLORIDA'S NOTICE OF SUPPLEMENTAL AUTHORITY AND REQUEST TO FILE WRITTEN ARGUMENT | 2862-2864 |
| 072202 | VOLUME XVIII<br>ORDER BJ 7-19-02 | 2865-3065 |


| LOWER COURT CASE NUMBER 05-1989-CF-4942-AXXX-XX | INDEX TO RECORD ON APPEAL PAGE 5 | APPEAL CASE NUMBER SC05-2265 |
|---|---|---|

| DATE OF FILING | INSTRUMENTS | PAGES |
|---|---|---|
| | **VOLUME XIX** | |
| 072202 | CONTINUED ORDER BJ 7-19-02 | 3066-3250 |
| 082802 | COURT MINUTES | 3251-3252 |
| 083002 | ORDER ON 08/22/2002 STATUS CONFERENCE AND NOTICE OF NEXT STATUS CONFERENCE BJ 8-29-02 | 3253-3255 |
| 091602 | LIST OF WITNESSES OF EVIDENTIARY HEARING | 3256-3259 |
| 092002 | STATE'S WITNESS LIST FOR EVIDENTIARY HEARING | 3260-3262 |
| 093002 | AMENDED LIST OF WITNESSES FOR EVIDENTIARY HEARIN | 3263-3266 |
| | **VOLUME XX** | |
| 112202 | COURT MINUTES | 3267-3268 |
| 121202 | DEPOSITION OF LAYMAN LANE 11-12-02 | 3269-3305 |
| 122302 | NOTICE TO APEAR AT STATUS CONFERENCE BJ 12-23 | 3306-3307 |
| 011503 | MOTION IN LIMINE TO EXCLUDE FROM THE EVIDENTIARY HEARING REFERENCE TO STATE'S NEWLY DISCOVERED EVIDENCE, INCLUDING NEWLY DISCOVERED WITNESS LAYMAN LANE AND 1999 DNA TESTING AND RESULTS | 3308-3352 |
| 011503 | NOTICE OF FILING | 3353-3354 |
| 011603 | CORRESPONDENCE FROM CCRC | 3355 |
| 012103 | COURT MINUTES | 3356-3357 |
| 020503 | CORRESPONDENCE FROM CCRC | 3358 |
| 020503 | DEPOSITION OF DEBBIE DEMERS 11-14-02 | 3359-3368 |
| 020503 | DEPOSITION OF O.M. KISER 11-14-02 | 3369-3395 |
| 020503 | DEPOSITION OF DOUG WALLER, BCSO 11-14-02 | 3396-3427 |
| 020503 | DEPOSITION OF SHERIFF PHIL WILLIAMS 11-14-02 | 3428-3455 |
| 022203 | CORRESPONDENCE FROM CCRC | 3456 |
| 022003 | NOTICE OF HEARING | 3457-3458 |
| 022003 | STATE'S AMENDED WITNESS LIST FOR EVIDENTIARY HRG | 3459-3461 |
| 022003 | NOTICE OF HEARING | 3462-3463 |
| 022003 | NOTICE OF HEARING | 3464-3465 |
| | **VOLUME XXI** | |
| 022003 | STATE'S OBJECTION TO PETITIONER'S MOTION IN LIMINE TO EXCLUDE FROM THE EVIDENTIARY HEARING REFERENCE TO STATE'S NEWLY DISCOVERED EVIDENCE INCLUDING NEWLY DISCOVERED WITNESS LAYMAN LANE AND 1999 DNA TESTING RESULTS | 3466-3475 |
| 022103 | ORDER TO TRANSPORT OF DEATH ROW INMATE BJ 2-21 | 3476 |
| 030703 | AMENDED ORDER FOR TRANSPORT OF DEATH ROW INMATE BJ 3-7-03 | 3477 |
| 032103 | COURT MINUTES | 3478-3480 |
| 032603 | ORDER DENY MOTION IN LIMINE TO EXCLUDE FROM THE EVIDENTIARY HEARING REFERENCE TO THE STATE'S NEWLY DISCOVERED EVIDENCE INCLUDING NEWLY | 3481-3482 |

| LOWER COURT CASE NUMBER<br>05-1989-CF-4942-AXXX-XX | INDEX TO RECORD ON APPEAL<br>PAGE 6 | APPEAL CASE NUMBER<br>SC05-2265 |
|---|---|---|
| DATE OF FILING | INSTRUMENTS | PAGES |
| | DISCOVERED WITNESS LAYMAN LANE AND 1999 DNA TESTING RESULTS BJ 3-24-03 | |
| 040103 | AMENDED LIST OF WITNESS FOR EVIDENTIARY HEARING | 3483-3488 |
| 040803 | ORDER DIRECTING CERTAIN AGENCIES AND INDIVIDUALS TO FURNISH ANY AND ALL RECORDS REGARDING WITNESS LAYMAN LANE TO CAPITAL COLLATERAL REGIONAL COUNSEL BJ 4-7-03 | 3489-3492 |
| 040803 | STIPULATION | 3493-3494 |
| 041703 | ARREST FORM | 3495-3496 |
| 041703 | BOOKING OFFICERS CERTIFICATE | 3497 |
| 041703 | COURT MINUTES | 3498-3499 |
| 041803 | CORRESPONDENCE FROM CCRC | 3500 |
| 041803 | STIPULATION | 3501 |
| 041803 | COURT MINUTES/ORDER LD 4-18-03 | 3502-3503 |
| 042103 | CORRESPONDENCE FROM CCRC | 3504 |
| 042403 | WITNESS/TESTIMONY LOG | 3505 |
| 042403 | EVIDENCE/EXHIBIT LOG | 3506 |
| 042403 | STATE'S SUPPLEMENTAL WITNESS LIST FOR EVIDENTIAR HEARING | 3507-3508 |
| 042403 | COURT MINUTES | 3509-3511 |
| 042503 | COURT MINUTES/ORDER BJ 4-25-03 | 3512-3513 |
| 062303 | NOTICE TO APPEAR AT STATUS CONFERENCE BJ 6-23 | 3514-3515 |
| 073003 | COURT MINUTES | 3516-3517 |
| 081803 | NOTICE OF HEARING | 3518-3519 |
| 082903 | ORDER FOR TRANPSORT OF DEATH ROW INMATE BJ 8-29 | 3520 |
| 091703 | MOTION FOR ORDER TO SHOW CAUSE WHY LONNIE HILLARY SHOULD NOT BE HELD IN CONTEMPT OF COURT | 3521-3523 |
| 091703 | MOTION FOR ORDER TO SHOW CAUSE WHY JEROME MURRAY SHOULD NOT BE HELD IN CONTEMPT OF COURT | 3524-3526 |
| 092203 | MOTION FOR RECONSIDERATION REGARDING CLAIM 1 | 3527-3549 |
| 092403 | ORDER TO SHOW CAUSE WHY JEROME MURRAY SHOULD NOT BE HELD IN CONTEMPT OF COURT BJ 9-23-03 | 3550-3552 |
| 101303 | OBJECTION TO MOTION FOR RECONSIDERATION REGARDIN CLAIM 1 | 3555-3560 |
| 101603 | NOTICE OF FILING | 3561-3570 |
| 101603 | CORRESPONDENCE FROM CCRC | 3571 |
| 102003 | MOTION TO TRANSPORT WITNESS | 3572-3573 |
| 102003 | ORDER TO TRANSPORT WITNESS BJ 10-20-03 | 3574-3575 |
| 102703 | ARREST FORM | 3576 |
| 102703 | BOOKING OFFICERS CERTIFICATE | 3577 |
| 102803 | COURT MINUTES/ORDER RB 10-28-03 | 3578-3580 |
| 102803 | EVIDENCE/EXHIBIT LOG | 3581-3583 |
| 102803 | WITNESS/TESTIMONY LOG | 3584 |
| 102803 | ORDER DENY MOTION FOR RECONSIDERATION REGARDING | 3585-3588 |

LAW 323
Rev. 10/2005

| LOWER COURT CASE NUMBER<br>05-1989-CF-4942-AXXX-XX | INDEX TO RECORD ON APPEAL<br>PAGE 7 | APPEAL CASE NUMBER<br>SC05-2265 |
|---|---|---|

| DATE OF FILING | INSTRUMENTS | PAGES |
|---|---|---|
| | CLAIM 1 BJ 10-27-03 | |
| 102803 | COURT MINUTES | 3589-3590 |
| 102903 | WITNESS/TESTIMONY LOG | 3591 |
| 102903 | ORDER BJ 10-28-03 | 3592 |
| 102903 | COURT MINUTES | 3593-3594 |
| 121503 | ORDER BJ 12-12-03 | 3595 |
| 122203 | ORDER TO TRANSPORT BJ 12-22-03 | 3596-3598 |
| 010204 | NOTICE OF HEARING | 3599 |
| 012804 | COURT MINUTES | 3600-3601 |
| 020304 | ARREST FORM | 3602 |
| 020304 | BOOKING OFFICERS CERTIFICATE | 3603 |
| 020304 | COURT MINUTES/ORDER CC 2-3-04 | 3604-3605 |
| 021704 | ADDITIONAL WITNESS LIST FOR EVIDENTIARY HEARING | 3606-3608 |
| 022004 | ORDER TO TRANSPORT INMATE FOR EVIDENTIARY HRG BJ 2-20-04 | 3609 |
| 022404 | EVIDENCE/EXHIBIT LOG | 3610 |
| 022404 | ORDER BJ 2-24-04 | 3611 |
| 022404 | WITNESS/TESTIMONY LOG | 3612 |
| 022404 | COURT MINUTES | 3613-3614 |
| 022504 | EVIDENCE/EXHIBIT LOG | 3615-3616 |
| 022504 | WITNESS TESTIMONY LOG | 3617 |
| 022504 | ORDER BJ 2-25-04 | 3618 |
| 022504 | ORDER BJ 2-25-04 | 3619 |
| 022504 | COURT MINUTES | 3620-3621 |
| 022604 | ORDER BJ 2-26-04 | 3622 |
| 022604 | EVIDENCE/EXHIBIT LOG | 3623 |
| 022604 | WITNESS/TESTIMONY LOG | 3624 |
| 022604 | COURT MINUTES | 3625-3626 |
| 041604 | NOTICE OF HEARING | 3627 |
| 041604 | SUPPLEMENTAL DISCOVERY FOR EVIDENTIARY HEARING | 3628-3629 |
| 041604 | MEMORANDUM OF LAW | 3630-3632 |
| 042104 | ORDER TO TRANSPORT BJ 4-20-04 | 3633-3635 |
| 050404 | SUPPLEMENTAL WITNESS LIST | 3636 |
| 061604 | CORRESPONDENCE FROM CCRC | 3637 |
| 061604 | MOTION TO EXCLUDE MITOCHONDRIAL DNA EVIDENCE PURSUANT TO FRYE v. UNITED STATES | 3638-3660 |
| 062104 | ARREST FORM | 3661 |
| 062104 | BOOKING OFFICERS CERTIFICATE | 3662 |
| 062204 | COURT MINUTES/ORDER DS 6-22-04 | 3663-3664 |
| 062404 | EVIDENCE/EXHIBIT LOG | 3665 |
| | VOLUME XXII | |
| 062404 | COURT MINUTES | 3666-3667 |
| 072804 | COURT MINUTES | 3668-3669 |

LAW 323
Rev. 10/2005

| LOWER COURT CASE NUMBER<br>05-1989-CF-4942-AXXX-XX | INDEX TO RECORD ON APPEAL<br>PAGE 8 | APPEAL CASE NUMBER<br>SC05-2265 |
|---|---|---|
| **DATE OF FILING** | **INSTRUMENTS** | **PAGES** |
| 080604 | ORDER TO TRANSPORT BJ 8-3-04 | 3670 |
| 092404 | ARREST FORM | 3671-3672 |
| 092404 | BOOKING OFFICERS CERTIFICATE | 3673 |
| 093004 | MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY | 3674-3680 |
| 100404 | WITNESS/TESTIMONY LOG | 3681 |
| 100404 | COURT MINUTES | 3682-3684 |
| 100404 | EVIDENCE/EXHIBIT LOG | 3685 |
| 100804 | NOTICE OF HEARING | 3686 |
| 102504 | ORDER BJ 10-4-04 | 3687 |
| 113004 | COURT MINUTES | 3688-3689 |
| 020805 | DEFS ARGUMENT IN SUPPORT OF MOT TO VACATE JUDGMENT OF CONVICTION AND SENTENCE | 3690-3820 |
| 021805 | JOINT STIPULATION | 3821 |
|  | **VOLUME XXIII** |  |
| 022405 | STATE'S CLOSING ARGUMENT AFTER EVIDENTIARY HEARING ON RULE 3.851 MOTION TO VACATE | 3822-3886 |
| 030905 | DEFS REPLY ARGUMENT IN SUPPORT OF MOTION TO VACATE JUDGMENT OF CONVICTION AND SENTENCE | 3887-3894 |
| 041405 | NOTICE OF SUPPLEMENTAL AUTHORITY | 3895-3907 |
| 053105 | NOTICE OF SUPPLEMENTAL AUTHORITY | 3908-3914 |
| 062805 | ORDER REQUIRE ADDTITIONAL LEGAL ARGUMENT BJ 6-27 | 3915-3916 |
| 070705 | NOTICE OF SUPPLEMENTAL AUTHORITY | 3917-3937 |
| 071305 | NOTICE OF HEARING | 3938 |
| 091305 | COURT MINUTES | 3939-3940 |
|  | **VOLUME XXIV** |  |
| 102605 | NOTICE OF SUPPLEMENTAL AUTHORITY | 3941-4025 |
| 112205 | ORDER GRANT IN PART, DENYING IN PART DEFS MOTION FOR POST CONVICTION RELIEF BJ 11-22-05 | 4026-4141 |
|  | **VOLUME XXV** |  |
| 112205 | CONTINUED ORDER GRANT IN PART, DENYING IN PART DEFS MOTION FOR POST CONVICTION RELIEF BJ 11-22 | 4142-4342 |
|  | **VOLUME XXVI** |  |
| 112205 | CONTINUED ORDER GRANT IN PART, DENYING IN PART DEFS MOTION FOR POST CONVICTION RELIEF BJ 11-22 | 4343-4543 |
|  | **VOLUME XXVII** |  |
| 112205 | CONTINUED ORDER GRANT IN PART, DENYING IN PART DEFS MOTION FOR POST CONVICTION RELIEF BJ 11-22 | 4544-4744 |
|  | CONTINUED ON NEXT PAGE |  |

LAW 323
Rev. 10/2005

| LOWER COURT CASE NUMBER<br>05-1989-CF-4942-AXXX-XX | INDEX TO RECORD ON APPEAL<br>PAGE 9 | APPEAL CASE NUMBER<br>SC05-2265 |
|---|---|---|
| DATE OF FILING | INSTRUMENTS | PAGES |
| 112205 | **VOLUME XXVIII**<br>CONTINUED ORDER GRANT IN PART, DENYING IN PART DEFS MOTION FOR POST CONVICTION RELIEF BJ 11-22 | 4745-4945 |
| 112205 | **VOLUME XXIX**<br>CONTINUED ORDER GRANT IN PART, DENYING IN PART DEFS MOTION FOR POST CONVICTION RELIEF BJ 11-22 | 4946-5145 |
| 112205 | **VOLUME XXX**<br>CONTINUED ORDER GRANT IN PART, DENYING IN PART DEFS MOTION FOR POST CONVICTION RELIEF BJ 11-22 | 5146-5326 |
| 121505 | NOTICE OF APPEAL | 5327-5328 |
| 121505 | STATEMENT OF JUDICIAL ACTS TO BE REVIEWED | 5329-5330 |
| 121505 | DESIGNATIONS TO COURT REPORTER | 5331-5332 |
| 121905 | NOTICE OF CROSS APPEAL | 5333 |
| 011306 | ACK OF NTC OF APPEAL & ASSIGN SC #SC05-2265 | 5334 |
| 011306 | SUPREME COURT ORDER | 5335-5336 |
| 042403 | **VOLUME XXXI**<br>EVIDENCE - DEFENDANTS<br>#1 - VIDEOTAPED STATEMENT OF SHEILA GREEN<br>#2 - AFFIDAVIT OF SHEILA GREEN<br>#3 - TRANSCRIPT OF BROADCAST OF 48 HOURS<br>#A - VIDEO TAPE 48 HOURS TAPE<br>#B - VIDEO TAPE INTERVIEW W/CROSLEY GREEN | 5337-5354<br>5355-5356<br>5357-5386<br>5387<br>5388 |
| 102803 | EVIDENCE - DEFENDANTS<br>#4 - TRANSCRIPT OF JEROME MURRAY 10-31-99<br>#5 - TRANSCRIPT OF VIDEOTAPED STATEMENT OF JEROME MURRAY 8-3-99<br>#6 - HANDWRITTEN STATEMENT OF ALLEN JEROME MURRAY 8-3-99<br>#7 - CERTIFIED COPY OF CONVICTION IN 88-CF-3109 DATED 4-26-90<br>#8 - REQUEST FOR FELONY PTR DATED 8-17-90 JEROME MURRAY<br>#9 - CERT COPY OF ORDER OF REVOCATING PROBATION JEROME MURRAY 73-674<br>#10 - CERT COPY CONVICTION J/S JEROME MURRAY 73-674<br>#11 - CERT COPY CONVICTION J/S ALLEN JEROME MURRAY 81-2427<br>#12 - CERT COPY COMMITMENT CARD ALLEN JEROME MUARRY 12-21-88 88-13574 | 5389-5430<br>5431-5445<br>5446-5447<br>5448-5449<br>5450<br>5451<br>5452-5453<br>5454-5459<br>5460-5461 |

LAW 323
Rev. 10/2005

| LOWER COURT CASE NUMBER<br>05-1989-CF-4942-AXXX-XX | INDEX TO RECORD ON APPEAL<br>PAGE 10 | APPEAL CASE NUMBER<br>SC05-2265 |
|---|---|---|

| DATE OF FILING | INSTRUMENTS | PAGES |
|---|---|---|
| | #E - AFFIDAVIT OF SHEILA GREEN 90-52-CR-ORL-19 | 5462-5463 |
| | #P - PTR RECOMMENDATIONS ALLEN JEROME MURRAY 2-16-90 88-3109-CFA | 5464 |
| 102803 | EVIDENCE - STATES | |
| | #C - TRANSCRIPT TESTIMONY SHEILA GREEN 8-29-90 | 5465-5480 |
| | #D - TRANSCRIPT OF SENTENCING TERRY SPRUILL | 5481-5575 |
| | #F - AFFIDAVIT OF SHEILA GREEN 4-1-92 | 5576-5577 |
| | #G - TRANSCRIPT OF VIDEOTAPED STATEMENT SHEILA GREEN 8-4-99 | 5578-5594 |
| | #I - TRANSCRIPT OF TESTIMONY LONNIE HILLARY | 5595-5614 |
| | #J - VIDEOTAPE STATEMENT LONNIE HILLARY 8-7-99 | 5615 |
| | #K - TRANSCRIPT VIDEOTAPED SWORN STATEMENT OF | 5616-5692 |
| | #L - TRANSCRIPT OF TESTIMONY JEROME MURRAY 8-30-90 | 5693-5725 |
| | #M - TRANSCRIPT VIDEOTAPED STATEMENT OF JEROME | 5726-5739 |
| | #N - HANDWRITTEN AFFIDAVIT OF JEROME MURRAY 8-3-99 | 5740-5741 |
| | #O - TRANSCRIPT VIDEOTAPED STATEMENT JEROME MURRAY 10-13-99 | 5742-5782 |
| 022404 | EVIDENCE - DEFENDANTS | |
| | #1 - FOLDING FILE CONTAINING BACKGROUND INFO | 5783 |
| | #2 - FOLDING FILE CONTAINING BACKGROUND INFO | 5784 |
| 022504 | EVIDENCE - STATES | |
| | #1 - INDICTMENT | 5785-5791 |
| | #2 - COPY OF AGREEMENT DATED 4-11-90 | 5792 |
| | #3 - TRANSCRIPT OF LONNIE HILLARY, JR 6-8-90 | 5793-5839 |
| | #4 - COPY LETTER SENT BY ATTY JEFFREY DEES | 5840-5841 |
| | #5 - TRANSCRIPT SWORN STATEMENT OF SHEILA SHUNDA GREEN 7-13-90 | 5842-5849 |
| | #6 - COPY OF TRANSCRIPT SHEILA GREEN SENTENCIN | 5850-5888 |
| 022504 | EVIDENCE - DEFENDANTS | |
| | #1 - NEW YORK CORRESPONDENCE | 5889-5931 |
| | #2 - FILE NOTES RE: DOG TRACKING LTR TO KISER | 5932 |
| | #3 - BOOKING PHOTO CROSLEY GREEN 8-15-86 | 5933-5934 |
| | #4 - COPIES OF 3X5 CARDS CASE MEMORANDUM | 5935-5952 |
| | #C - INTERNAL AFFAIRS INVESTIGATION REPORT ODELL KISER | 5953-5977 |
| | #E - POLICE REPORT 4-9-89 RE: CROSLEY GREEN | 5978 |
| | #F - CASE MEMORANDUM COMPOSITE 11 PAGES | 5979-5989 |

LAW 323
Rev. 10/2005

| LOWER COURT CASE NUMBER 05-1989-CF-4942-AXXX-XX | INDEX TO RECORD ON APPEAL PAGE 11 | APPEAL CASE NUMBER SC05-2265 |
|---|---|---|
| **DATE OF FILING** / **INSTRUMENTS** | | **PAGES** |
| 022604 | EVIDENCE - DEFENDANTS<br>#1 - WORKING DOG TRAINING & UTILIZATION REPORT<br>#A - COMPUTER AIDED DISPLAY LOG | 5990-6004<br>6005-6007 |
| 062404<br>\*\*\*\*\*\*\*\*<br>\*\*\*\*\*\*\*\*<br>\*\*\*\*\*\*\*\* | EVIDENCE - STATES<br>#1 - PERSONAL WAIVER VOL CONSENT C GREEN<br>#2 - COURT EXHIBIT 74<br>#3 - FBI EXHIBIT Q3-1 Q3-2<br>#4 - BLOOD SAMPLES<br>#5 - LAB CORP CERTIFICATE OF ANALYSIS | 6008<br>\*\*\*\*\*\*\*\*\*\*\*\*<br>\*\*\*\*\*\*\*\*\*\*\*\*<br>\*\*\*\*\*\*\*\*\*\*\*\*<br>6009-6014 |
| 062404 | EVIDENCE - DEFENDANTS<br>#1 - FAMILY CHART -CROSLEY GREEN<br>#A - CURRICULAR VITAE | 6015<br>6016-6027 |
| 100404 | EVIDENCE - DEFENDANTS<br>#1 - DAVID R DOW - CV<br>#2 - ABA GUIDELINES (1989)<br>#C - AFFIDAVIT OF ATTORNEY FEES<br>CERTIFICATE OF THE CLERK | 6028-6041<br>6042-6157<br>6158-6190 |
| \*\*\*\*\*\*\*\* | THESE ITEMS WERE UNCOPYABLE EVIDENCE \*\*\*\*\*\*\*\*\*\*\*\* | \*\*\*\*\*\*\*\*\*\*\*\* |

LAW 323
Rev. 10/2005