UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CROSLEY ALEXANDER GREEN,

    Petitioner,

v.                                     Case No:  6:14-cv-330-Orl-37TBS

SECRETARY, DEPARTMENT OF
CORRECTIONS and ATTORNEY
GENERAL, STATE OF FLORIDA,

    Respondents.
_____/

## ORDER

This Cause is before the Court on its own motion. On July 20, 2018, the Court entered an Order on Petitioner's habeas petition, granting it in part. (Doc. 70.) On review, the Court discovered the Order erroneously directed the Clerk to enter judgment in favor of Respondents and return the record to the Eleventh Circuit. (*Id.* at 43, ¶ 5.) The Clerk then entered judgment as directed. (Doc. 71.) Having discovered this error, the Court finds that the Order and Judgment (Docs. 70, 71) are due to be vacated, with an amended order and judgment to follow.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. The Court's Order granting in part and denying in part the Amended Petition for Writ of Habeas Corpus (Doc. 70) is **VACATED**.

2. The Clerk's entry of judgment in favor of Respondents (Doc. 71) is **VACATED**.

3.  An amended order will follow.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 27, 2018.



ROY B. DALTON JR.
United States District Judge

Copies furnished to:

Counsel of Record
OrlP-2 7/27