IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CROSLEY ALEXANDER GREEN,**

       Petitioner,

v.                              CASE NO.  6:14-cv-00330-RBD-T_S

**SECRETARY, DEPARTMENT OF CORRECTIONS**, et al.,

       Respondents.

_____

### STATUS REPORT REGARDING INCARCERATION DURING COVID-19

Pursuant to the Court's March 3, 2021 Order (Doc. No. 93) directing Petitioner Crosley Green to "file a status report regarding his incarceration during COVID-19 and whether he intends to file a motion for immediate release so the Court can set a briefing schedule," Mr. Green states as follows:

1.      This Court granted Mr. Green's petition seeking habeas relief more than two-and-a-half years ago ruling that he had been unconstitutionally convicted of murder and other crimes in violation of *Brady v. Maryland*, 373 U.S. 83 (1963). Amended Order, July 27, 2018 (Doc. 74).  The State moved for a stay pending appeal, which was granted.  Order, Sept. 5, 2018 (Doc. 83).  Mr. Green additionally sought from this Court his release pending appeal, which was denied.  Order, Jan. 7, 2019 (Doc. 87).  The State appealed this Court's grant of habeas relief and the Eleventh Circuit held oral argument on March 12, 2020.

2.      On August 7, 2020 counsel for Mr. Green filed in the Eleventh Circuit, where the case is pending, a motion for his immediate release upon learning that Mr. Green had been quarantined in his prison dormitory room because another inmate had tested positive for COVID-19.

3.      On September 14, 2020 the Eleventh Circuit denied the motion for immediate release, without prejudice and with leave to file the motion with this Court.  By the time the Eleventh Circuit issued its order, Mr. Green had been released from COVID-19 quarantine.

4.      Today, Mr. Green remains incarcerated at Calhoun Correctional Institution ("CCI") in Blountstown, Florida.

5.      Since this time last year, thousands of inmates in Florida and dozens of inmates at CCI have tested positive for the novel coronavirus, but due to the Florida Department of Corrections' decision to stop reporting detailed COVID-19 data regarding Mr. Green's facility and many others, it is impossible to tell where that number currently stands at CCI.  What is clear is that 210 inmates have died state-wide and at least three inmates at CCI have perished of COVID-19 already.

6.      Due to his age (63) and other health-related factors to be discussed under seal, Mr. Green is at a higher risk of severe illness, permanent injury, or even death from COVID-19.

7.      With the Court's permission, Mr. Green intends to file a Motion for Immediate Release on Friday, March 19, 2021.

8.      Mr. Green respectfully requests the Court set a briefing schedule that requires Respondents' opposition, or statement of non-opposition (in accordance with Respondents' non-opposition to Mr. Green's motion for release at the Court of Appeals for the Eleventh Circuit), by no later than 7 days after Mr. Green files his motion, instead of the 14 days normally permitted under Local Rule 3.01(c).  In order to expedite a ruling on his Motion, Mr. Green will not request leave to file a reply brief under Local Rule 3.01(d).

Respectfully submitted:

**s/ Keith Harrison**
Keith J. Harrison
Jeane A. Thomas
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004-2592
(202) 624-2500 (telephone)
(202) 628-5116 (facsimile)
kharrison@crowell.com
*Admitted Pro Hac Vice*


Robert T. Rhoad
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006-6801
(202) 747-1918 (telephone)
(202) 747-3918 (facsimile)
rrhoad@sheppardmullin.com
*Admitted Pro Hac Vice*

Mark E. Olive
Fl. Bar No. 0578533
Law Offices Of Mark E. Olive, P.A.
320 West Jefferson Street
Tallahassee, FL 32301
(850) 224-0004
Meolive@aol.com
*Local Counsel of Record*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 17, 2021, the foregoing was filed using the

CM/ECF system, which will send an electronic notice of the filing to Kellie Nielan, Assistant

Attorney General, 444 Seabreeze Boulevard, 5th Floor, Daytona Beach, Florida 32118,

crimappdab@myfloridalegal.com.

Dated:  March 17, 2021

s/ Keith Harrison

Keith J. Harrison
Jeane A. Thomas
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
(202)624-2500
kharrison@crowell.com
*Admitted Pro Hac Vice*

Robert T. Rhoad
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006-6801
(202) 747-1918 (telephone)
(202) 747-3918 (facsimile)
rrhoad@sheppardmullin.com
*Admitted Pro Hac Vice*

Mark E. Olive, Fl. Bar No. 0578533
Law Offices of Mark E. Olive, P.A.
320 West Jefferson Street
Tallahassee, Florida 32301
(850) 224-0004
meolive@aol.com
*Local Counsel of Record*
