UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CROSLEY ALEXANDER GREEN,

    Petitioner,

v.                                        CASE NO. 6:14-cv-330-Orl-37TBS

SECRETARY, DEPARTMENT
OF CORRECTIONS, et. al.,

    Respondents.
_____/

## OBJECTION TO PETITIONER'S PROPOSED "BRIEFING SCHEDULE"

Respondents object to the proposed briefing schedule set forth by Green in his "status report", and notify this court and Green that it will be opposing any motion for release, based on the following:

1. On September 14, 2020, the Eleventh Circuit denied Green's motion for immediate release and explained that Green must first move in this court for release based on Covid-19. Green did not do this.

2. Almost six months later, on March 3, 2021, this court, sua sponte, directed Green to file a status report by March 17, 2021, regarding his incarceration during COVID-19, and whether he intended to file a motion for immediate release, so that the court could set a briefing schedule.

3. Two weeks later, at 3:45 p.m. on the March 17, 2021 deadline, Green filed a "status report," wherein he states that he will file a motion for immediate release on March 19, 2021. He has requested this court to set a briefing schedule that will require respondents to provide any opposition to his motion no later than seven days after he files his motion.

4. It is apparent that there was no urgent need for release due to COVID-19 over the past six months, and as such, Respondents object to any expedited briefing schedule at this time. In addition, Respondents will be opposing any release due to COVID-19.

WHEREFORE, Respondents file this objection.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

s/ Kellie A. Nielan
KELLIE A. NIELAN
ASSISTANT ATTORNEY GENERAL
Fla. Bar No. 0618550
444 Seabreeze Boulevard
5th Floor
Daytona Beach, FL  32118
(386) 238-4990 ; (386) 238-4997 (FAX)
crimappdab@myfloridalegal.com

COUNSEL FOR RESPONDENTS

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2021, I electronically filed this Objection to Petitioner's Proposed "Briefing Schedule" with the Clerk of the Court by using the CM/ECF system, which will serve counsel for petitioner, Keith Harrison and Robert Rhoad, Crowell & Moring LLP, 1001 Pennsylvania Avenue, NW, Washington, DC, at kharrison@crowell.com, and rrhoad@crowell.com, and Mark E. Olive, Law Offices of Mark E. Olive, P.A., 320 West Jefferson Street, Tallahassee, FL 32301, at meolive@aol.com,

s/ Kellie Nielan
Counsel for Respondents